B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Kackert Associates, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Kackert Homes** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-2982380** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**1387 Butterfield Rd**<br>**Aurora, IL**<br><br>ZIP Code **60502** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br><br>ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Kane** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7      ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9          of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12    ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13        of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,      ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as          business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed<br>to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more<br>classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

**B1 (Official Form 1)(1/08)**  Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Kackert Associates, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ |
| | Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                                    Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**Kackert Associates, Inc.**

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X **/s/ Charles J. Myler**
   Signature of Attorney for Debtor(s)

   **Charles J. Myler**
   Printed Name of Attorney for Debtor(s)

   **Myler, Ruddy & McTavish**
   Firm Name

   **105 E. Galena Blvd.**
   **8th Floor**
   **Aurora, IL 60505**
   Address

   **amctavish@mrmlaw.com  cmyler@mrmlaw.com**
   **630-897-8475  Fax: 630-897-8076**
   Telephone Number

   **July 28, 2009**
   Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Patrick J Kackert**
   Signature of Authorized Individual

   **Patrick J Kackert**
   Printed Name of Authorized Individual

   **President**
   Title of Authorized Individual

   **July 28, 2009**
   Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Kackert Associates, Inc.** _____ ,    Case No. _____

Debtor

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 2,950,000.00 | | |
| B - Personal Property | Yes | 4 | 14,000.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 3,237,120.11 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 4 | | 187,117.47 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 15 | | 4,212,427.69 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 29 | | | |
| Total Assets | | | 2,964,000.00 | | |
| Total Liabilities | | | | 7,636,665.27 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Kackert Associates, Inc.**_____,   Case No. _____

                                              Debtor

                                                                    Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6A (Official Form 6A) (12/07)

.

In re **Kackert Associates, Inc.**,                    Case No. _____

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Property located at 216 E. Franklin St., Wheaton, IL. This property is a vacant lot (i.e., Lot #4).** | **Fee Simple** | - | 250,000.00 | 300,000.00 |
| **Property located at 1755 Shaffner, Wheaton, IL. This property is a spec home that is 75% completed.** | **Fee simple** | - | 600,000.00 | 622,916.73 |
| **Property located at 101 Goldenrod, Sugar Grove, IL. This property is a completed home.  The property was placed in foreclosure in May of 2009.** | **Fee Simple** | - | 600,000.00 | 659,272.60 |
| **Property located at 228 E Franklin, Wheaton, IL. This property is also a spec home that is 75% completed.  (This property was quit-claimed to Patrick J Kackert and Antonietta S. Kackert in 1/2008 for purposes of a construction loan.)** | **Fee Simple** | - | 800,000.00 | 878,857.43 |
| **Property located at 605 Thornwood Dr, Naperville, IL.  This property was quit-claimed to Kackert Brothers Management, LLC in 1/2008 for purposes of getting construction loan.  This property is in foreclosure in DuPage Co., IL** | **Fee Simple** | - | 700,000.00 | 773,230.64 |

|  | Sub-Total > | 2,950,000.00 | (Total of this page) |
|---|---|---|---|
|  | Total > | 2,950,000.00 |  |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Kackert Associates, Inc.**                                                                    Case No. _____
                                                                    ,
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    **0.00**
(Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Kackert Associates, Inc.**                                      ,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >          **0.00**
(Total of this page)

Sheet __1__ of __3__  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re  **Kackert Associates, Inc.** ,  Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2004 Chevy Tahoe (88,000 mi)** | - | 2,000.00 |
| | | **2004 Chevy Silverado (39,800 mi.)** | - | 6,000.00 |
| | | **2000 Ford Pickup F250 (110,000 mi)** | - | 2,000.00 |
| | | **1998 Chevy Pickup Z71 (90,000 mi)** | - | 500.00 |
| | | **Case 1845 Skid loader/forklift** | - | 2,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Misc computer and office equipment including 1 file cabinet, desk and chair** | - | 500.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Misc used hand tools and power tools used in construction business** | - | 1,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >        14,000.00
(Total of this page)

Sheet   **2**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

7/28/09 10:56AM

B6B (Official Form 6B) (12/07) - Cont.

In re    **Kackert Associates, Inc.** _____ ,    Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |
| Total > | 14,000.00 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

7/28/09 10:56AM

B6D (Official Form 6D) (12/07)

In re    **Kackert Associates, Inc.**                                                    Case No. _____

                                                                   ,

                                                            Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **2009 CH 00188** <br><br> **First Community Bank of Joliet** <br> **c/o Joel Stein** <br> **225 W Washington St #1700** <br> **Chicago, IL 60606** | X | - | **Mortgage** <br> **Property located at 605 Thornwood Dr, Naperville, IL.  This property was quit-claimed to Kackert Brothers Management, LLC in 1/2008 for purposes of getting construction loan. This property is in foreclosure in DuPage Co., IL** | | | | | |
| | | | Value $                       700,000.00 | | | | 773,230.64 | 73,230.64 |
| Account No. **024-9069-01836** <br><br> **GMAC** <br> **PO Box 9001948** <br> **Louisville, KY 40290-1948** | | | **2004** <br><br> **Auto** <br><br> **2004 Chevy Silverado (39,800 mi.)** | | | | | |
| | | | Value $                         6,000.00 | | | | 1,358.45 | 0.00 |
| Account No. **000009901142861** <br><br> **Harris Bank Barrington NA** <br> **P.O. Box 6201** <br> **Carol Stream, IL 60197-6201** | X | - | **2004** <br><br> **Auto** <br><br> **2004 Chevy Tahoe (88,000 mi)** | | | | | |
| | | | Value $                         2,000.00 | | | | 1,484.26 | 0.00 |
| Account No. **Natl City Loan #0005792773** <br><br> **Kondaur Capital Corp, assignee** <br> **c/o Atty Ira T Nevel** <br> **175 N Franklin Ste #201** <br> **Chicago, IL 60606** | | - | **10/2006** <br><br> **Mortgage** <br><br> **Property located at 216 E. Franklin St., Wheaton, IL.  This property is a vacant lot (i.e., Lot #4).** | | | | | |
| | | | Value $                       250,000.00 | | | | 300,000.00 | 50,000.00 |

___1___   continuation sheets attached

Subtotal
(Total of this page)

| 1,076,073.35 | 123,230.64 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **Kackert Associates, Inc.**                                      ,        Case No. _____
                                          Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Loan #5937406** | | | 8.2008 | | | | | |
| **Kondaur Capital Corp, assignee c/o Atty Ira T Nevel 175 N Franklin Ste #201 Chicago, IL 60606** | | - | **First Mortgage** **Property located at 101 Goldenrod, Sugar Grove, IL. This property is a completed home. The property was placed in foreclosure in May of 2009.** | | | | | |
| | | | Value $         **600,000.00** | | | | **658,750.00** | **58,750.00** |
| Account No. | | | 6/2007 | | | | | |
| **National City Bank sbm MidAmerica c/o Heavner Scott Beyers & Mihlar PO Box 740 Decatur, IL 62525** | X | - | **First Mortgage** **Property located at 228 E Franklin, Wheaton, IL. This property is a spec home that is 75% completed. (This property was quit-claimed to Patrick J Kackert and Antonietta S. Kackert in 1/2008 for purposes of a construction** | | | | | |
| | | | Value $         **800,000.00** | | | | **878,857.43** | **78,857.43** |
| Account No. **NCM Loan 0005932317** | | | 7/2007 | | | | | |
| **National City Mortgage c/o Heavner Scott Beyer & Smith PO Box 740, 111 E Main St Ste 200 Decatur, IL 62523** | | - | **First Mortgage** **Property located at 1755 Shaffner, Wheaton, IL. This property is a spec home that is 75% completed.** | | | | | |
| | | | Value $         **600,000.00** | | | | **622,916.73** | **22,916.73** |
| Account No. **382000843411** | | | 2008-2009 | | | | | |
| **Settlers Ridge Community Assoc c/o Property Specialists Inc 5999 S New Wilke Rd #108 Rolling Meadows, IL 60008** | | - | **Homeowner's Assn Fees** **Property located at 101 Goldenrod, Sugar Grove, IL. This property is a completed home. The property was placed in foreclosure in May of 2009.** | | | | | |
| | | | Value $         **600,000.00** | | | | **522.60** | **522.60** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet _**1**___ of _**1**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | 2,161,046.76 | 161,046.76 |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 3,237,120.11 | 284,277.40 |

B6E (Official Form 6E) (12/07)

In re    **Kackert Associates, Inc.** _____,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**3**_____ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Kackert Associates, Inc.** ,     Case No. _____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **08-19-113-014** <br><br> DuPage County Collector <br> PO Box 4203 <br> Carol Stream, IL 60197-4203 | X | - | **6/2009** <br><br> Real estate taxes (1st installment) due on 605 Thornwood Dr, Naperville, IL 60540 | | | | <br><br> 3,211.34 | 3,211.34 <br><br> 0.00 |
| Account No. **08-18-201-022** <br><br> DuPage County Collector <br> PO Box 4203 <br> Carol Stream, IL 60197-4203 | | - | **6/2009** <br><br> Real estate taxes (1st Installment) due on 609 N Columbia St, Naperville | | | | <br><br> 2,618.72 | 2,618.72 <br><br> 0.00 |
| Account No. **05-16-123-012** <br><br> DuPage County Collector <br> PO Box 4203 <br> Carol Stream, IL 60197-4203 | X | - | **6/2009** <br><br> Real estate taxes (1st Installment) due on 228 E Franklin St, Wheaton | | | | <br><br> 1,466.45 | 1,466.45 <br><br> 0.00 |
| Account No. **05-16-123-003** <br><br> DuPage County Collector <br> PO Box 4203 <br> Carol Stream, IL 60197-4203 | | - | **6/2009** <br><br> Real estate taxes (1st installment) due on 216 E Franklin St, Wheaton | | | | <br><br> 732.00 | 732.00 <br><br> 0.00 |
| Account No. **05-30-101-025** <br><br> DuPage County Collector <br> PO Box 4203 <br> Carol Stream, IL 60197-4203 | | - | **6/2009** <br><br> Real estate taxes (1st installment) due on 1755 Shaffner Rd, Wheaton | | | | <br><br> 1,292.50 | 1,292.50 <br><br> 0.00 |

Sheet __1__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| 9,321.01 | |
|---|---|
| 9,321.01 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **Kackert Associates, Inc.**                                    ,     Case No. _____
                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community |  | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
|  |  | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM |  |  |  |  | AMOUNT ENTITLED TO PRIORITY |
| Account No. **xx-xxx2380**<br><br>**IL Department of Revenue**<br>**PO Box 19035**<br>**Springfield, IL 62794-9035** | | - | **2008**<br><br>**IL Withholding Income Tax due** | | | | | 0.00 |
| | | | | | | | 4,668.47 | 4,668.47 |
| Account No. **xxxx604-0**<br><br>**IL Dept of Employment Security**<br>**260 E Indian Trail Rd**<br>**Aurora, IL 60505-1733** | | - | **2007-2008**<br><br>**IDES taxes due** | | | | | 0.00 |
| | | | | | | | 1,632.62 | 1,632.62 |
| Account No. **xx-xxx2380**<br><br>**Internal Revenue Service**<br>**Attn 2001 Butterfield Rd**<br>**Downers Grove, IL 60515** | | - | **2008-2009**<br><br>**IRS Form 941 taxes due:  CP504 tax period 8/25/2008 $31,936.62; CP134B tax period 12/31/08 $437.70; CP161 tax period 3/31/2009 $35,791.62; CP 161 tx pd 9/30/3008 $21,599.12;** | | | | | 0.00 |
| | | | | | | | 89,765.06 | 89,765.06 |
| Account No. **xx-xxx2380**<br><br>**Internal Revenue Service**<br>**2001 Butterfield Rd**<br>**Downers Grove, IL 60515** | | - | **2007**<br><br>**Tax Levy for 941 tax on periods ending 3/31/2007 and 6/30/2007** | | | | | 0.00 |
| | | | | | | | 77,163.44 | 77,163.44 |
| Account No. **14-23-109-013**<br><br>**Kane County Treasurer**<br>**PO Box 4025**<br>**Geneva, IL 60134-4025** | X | - | **6/2009**<br><br>**Real estate taxes (1st Installment) on 101 Goldenrod Dr, Sugar Grove, IL** | | | | | 1,074.75 |
| | | | | | | | 1,074.75 | 0.00 |

Sheet __2__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 1,074.75 |
| (Total of this page) | 174,304.34 | 173,229.59 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **Kackert Associates, Inc.** _____ ,   Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **01-35-402-007**<br><br>**Lake County Collector**<br>**18 N. County St Ste 102**<br>**Waukegan, IL 60085-4361** | X | - | **6/2009**<br><br>**Real estate taxes on 38451 N Drexel Blvd, Antioch, IL** | | | | <br>3,492.12 | **3,492.12** <br><br> **0.00** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __3__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal<br>(Total of this page) | **3,492.12** | **3,492.12**<br>**0.00** |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | **187,117.47** | **13,887.88**<br>**173,229.59** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **Kackert Associates, Inc.**                                                                                         ,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **110502**<br><br>**Ace Hardware #14480**<br>**994 N Lake St**<br>**Aurora, IL 60506** | | - | | **2009**<br>**Misc hardware** | | | | **382.50** |
| Account No. **Inv 737**<br><br>**Active Foam Specialists, LLC**<br>**c/o Zanck, Coen & Wright, PC**<br>**40 Brink St.**<br>**Crystal Lake, IL 60014** | | | | **5/2008**<br>**RE Supply & installation of The Icynene Insulation System at 228 E Franklin St, Wheaton, IL. Possible deficiency judgment in countersuit for case 2009 CH 1889 out of DuPage County, IL.** | | | | **24,000.00** |
| Account No. **Cstmr #xxxx6633, Inv #xxx7346**<br><br>**Baldwin Cooke**<br>**PO Box 312**<br>**Gloversville, NY 12078** | | - | | **11/2008**<br>**Business debt - Executive Planners** | | | | **987.11** |
| Account No. **3 Vacant Lots on Penny Lane**<br><br>**Blackberry Hill Homeowner's Assn**<br>**53 Hillcrest Dr**<br>**Sugar Grove, IL 60554** | | - | | **2009**<br>**Lawn mowing** | | | | **300.00** |

___**14**___   continuation sheets attached

Subtotal
(Total of this page)   **25,669.61**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                            S/N:30779-090528   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Kackert Associates, Inc.**                                      ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Multiple Invoices**<br><br>**Bradley Enterprises, Inc**<br>4050 Wolf's Crossing Rd<br>Oswego, IL 60543 | - | | | | **2007-2008**<br>**Misc carpentry and roofing - Inv #s 6437 ($8,745) @ 639 N Loomis, Naperville; 5157 ($13,780) @ 101 Goldenrod, Sugar Grove; 7108 ($260) @ 1755 Shaffner, Wheaton; 58283 ($2,854) @ 1755 Shaffner, Wheaton; 7053 ($975) @ 605 Thornwood Dr** | | | | 26,614.00 |
| Account No. **Inv 22107**<br><br>**BraKur Custom Cabinetry, Inc**<br>c/o Thomas E Carey<br>3033 W Jefferson St Ste 208<br>Joliet, IL 60435 | - | | | | **2007**<br>**RE Custom cabinets for 639 Loomis, Naperville, IL. Deficiency judgment balance RE 09 AR 948 in Will Co, IL** | | | | 23,602.61 |
| Account No. **Multiple Invoices**<br><br>**Builders' Insulation**<br>c/o Coleman Hull & van Vliet<br>8500 Normandale Lake Blvd Ste 2100<br>Minneapolis, MN 55437 | - | | | | **2006**<br>**Insulation provided RE Inv #0165987-IN ($6,070); Inv #0181328-IN ($4,595)** | | | | 10,665.00 |
| Account No. **Inv #4**<br><br>**CertaPro Painters**<br>c/o Best Vanderlaan & Harrington<br>2100 Manchester Rd Ste 1420<br>Wheaton, IL 60187 | - | | | | **10/2008**<br>**Paint interior of 228 E Franklin** | | | | 2,675.00 |
| Account No. **Order #2901097**<br><br>**Chicago Title Insurance Co**<br>1725 S Naperville Rd<br>Wheaton, IL 60189 | X - | | | | **2/2009**<br>**Title charges on Kackert to Cecil (220 E Franklin St, Wheaton, IL)** | | | | 160.00 |

Sheet no. __1__ of __14__ sheets attached to Schedule of        Subtotal        63,716.61
Creditors Holding Unsecured Nonpriority Claims                   (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kackert Associates, Inc.** _____,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 8095114013<br><br>Com Ed<br>Attn: Bankruptcy Dept.<br>2100 Swift Drive<br>Oak Brook, IL 60523 | - | | | | 6/2009<br>**Electric Charges for 1755 Shaffner, Wheaton** | | | | 278.43 |
| Account No. 0771013104<br><br>Com Ed<br>Attn: Bankruptcy Dept.<br>2100 Swift Drive<br>Oak Brook, IL 60523 | X | - | | | 2009<br>**Electric charges for 228 E Franklin St, Wheaton, IL** | | | | 939.53 |
| Account No. 0357157030<br><br>Com Ed<br>Attn: Bankruptcy Dept.<br>2100 Swift Drive<br>Oak Brook, IL 60523 | X | - | | | 2009<br>**Electric charges at 101 Goldenrod Dr, Sugar Grove, IL** | | | | 89.91 |
| Account No. 54541021001<br><br>Com Ed<br>Attn: Bankruptcy Dept.<br>2100 Swift Drive<br>Oak Brook, IL 60523 | X | - | | | 2009<br>**Electric charges for 220 E Franklin St, Wheaton, IL** | | | | 102.39 |
| Account No. xx1-403 Raddant Rd<br><br>Corporate Facility Services, Inc.<br>as agent for Buikema #19 LLC<br>955 N Plum Grove Rd Ste A<br>Schaumburg, IL 60173 | X | - | | | 5/2009<br>**2008 Taxes for 401-403 Raddant Rd, Batavia, IL** | | | | 6,150.01 |

Sheet no. __2__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 7,560.27 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Kackert Associates, Inc._____,     Case No. _____
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Inv 2004399087**<br><br>CT Corporation System<br>111 Eighth Ave Group 2<br>New York, NY 10011 | - | | | | 7/2009<br>**Annual Report Preparation** | | | | 618.00 |
| Account No. **Acct #3737**<br><br>Danial's Inc<br>1650 Mitchell Rd<br>Aurora, IL 60505 | - | | | | 2007-2008<br>**Drywall products** | | | | 330.41 |
| Account No. **Multiple Invoices**<br><br>Diamond Rigging Corporation<br>680 Kingsland Dr<br>Batavia, IL 60510 | - | | | | 2008-2009<br>**Inv #s 5887 ($650), 5956 ($50), 6010 ($50), 6116 ($50), 6203 ($50), 6224 Real estate taxes for 421 Raddant Rd, Batavia ($5,055.77)** | | | | 5,905.77 |
| Account No. **P0037**<br><br>Dommermuth Brestal Cobine & West<br>123 Water St<br>PO Box 565<br>Naperville, IL 60566 | - | | | | 2008-2009<br>**Multiple Invoices: #54 ($1,708.20); #53 ($1,208.20); #52 ($6,431.70); #13 ($200.00); #40 ($25.50); #41 ($325.00); #44 ($1,000); #51 ($1,127.96); #48 ($1,575.00); #14 ($1,180.00); #43 ($157.50); #49 ($202.50); #6 ($550.00); #7 ($1,620.00)** | | | | 17,311.56 |
| Account No. **Inv #427 & 428**<br><br>EE Service Landscaping & Tree Care<br>11A Margaret's Ln<br>Aurora, IL 60505 | - | | | | 2008<br>**Tree trimming and sod installation** | | | | 5,275.00 |

| | |
|---|---|
| Sheet no. __3___ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page)    **29,440.74** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                         Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Kackert Associates, Inc._____,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Falper Landscaping**<br>**1513 Kildeer Dr**<br>**Round Lake, IL 60073** | - | | **2008**<br>**Lawn maintenance** | | | | 420.00 |
| Account No. **Inv 21235**<br><br>**Fasteel**<br>**607 W Chicago St Ste 203**<br>**Plainfield, IL 60544** | - | | **8/2006**<br>**Steel framework for 101 Goldenrod, Sugar Grove, IL** | | | | 3,914.88 |
| Account No.<br><br>**Flooring Connection Inc**<br>**1585 Beverly Ct Ste 126**<br>**Aurora, IL 60502** | - | | **1/2008**<br>**Woodwork repairs** | | | | 2,280.00 |
| Account No. **Multiple Invoices**<br><br>**Fox Lawn Care & Landscaping**<br>**1720 Gary Ave**<br>**Aurora, IL 60505** | - | | **2008-2009**<br>**Lawn/Landscape Maintenance at 228 E Franklin St, Wheaton**<br>**Inv #s KA020509 ($2,479); KA010409 ($982); KA08082 ($2,599); KA08083 ($275); KA08093 ($220); KA08092 ($1900); KA08103 ($275); KA08102 ($2375); KA08112 ($950); KA08113 ($55)** | | | | 12,110.00 |
| Account No.<br><br>**Frank's Digital & Office Products**<br>**PO Box 976**<br>**Aurora, IL 60507** | - | | **12/17/08**<br>**Sets of plots** | | | | 864.00 |

Sheet no. __4___ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    19,588.88

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kackert Associates, Inc.**                                                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> George D. Kackert <br> 3S201 S Raddant Rd <br> Batavia, IL 60510 | - | | | **Multiple** <br> **250K Note dtd 4/23/07 (240,937); 200K Note dtd 5/25/07 (188,267); 250K Note dtd 9/2007 (251,076); 500K Note dtd 9/2007 (502,048); Working Capital RE Lot Purchase dtd 10/2002 (389,238); 365K Note (Blackberry) dtd 11/07 (363,132)** | | | | 1,934,698.00 |
| Account No. <br><br> George D. Kackert <br> 3S201 S Raddant Rd <br> Batavia, IL 60510 | - | | | **multiple** <br> **Wheaton - 3 Franklin Lots dtd 11/2006 (337,216); Naperville Lots dtd 9/2005 (706,409); Wheaton Lots (4) dtd 2/2005 (278,508); Prestbury Lots (18) dtd 5/2003 (111,461)** | | | | 1,433,594.00 |
| Account No. <br><br> Herbo-Tree Service <br> 27W770 Warrenville Rd <br> Warrenville, IL 60555 | | | | **9/12/2008** <br> **Removal of tree at 228 E Franklin, Wheaton** | | | | 1,100.00 |
| Account No. **IN003 RIchards Ave** <br><br> Hydrovac Excavation <br> 11109 Fathke Rd <br> Crown Point, IN 46307 | - | | | **8/2007** <br> **Pothole for SBC in street** | | | | 1,260.00 |
| Account No. **Cust #3400** <br><br> ICI Paints <br> 21033 Network PI <br> Chicago, IL 60673-1210 | | | | **2008-2009** <br> **Paint and supplies Inv #0423-178187 ($40.63); #0423-180335 ($34.96)** | | | | 76.59 |

Sheet no. __5__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,370,728.59**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kackert Associates, Inc.**                                          ,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Cust #42004**<br><br>**Imperial Marble Corp.**<br>**327 E LaSalle St**<br>**Somonauk, IL 60552** | - | | 3/2009<br>**Marble bathroom fixtures for 228 E Franklin, Wheaton** | | | | 591.25 |
| Account No. **Multiple Invoices**<br><br>**J&D Door Sales, Inc**<br>**200 E Second St**<br>**PO Box 245**<br>**Big Rock, IL 60511** | - | | 2007-2009<br>**Doors and installation at various locations** | | | | 18,341.00 |
| Account No. **Invs. 15065, 17846, 16072**<br><br>**J&R Herra, Inc.**<br>**c/o Leslie G. Bleifuss**<br>**PO Box 8011, 138 N Main St**<br>**Elburn, IL 60119** | | | 7/2008<br>**RE Plumbing and heating installation at 228 Franklin St, Wheaton, IL and at 609 N Columbia St, Naperville, IL. Deficiency judgment balance in pending case 09 AR K 980.** | | | | 13,085.95 |
| Account No. **1215-83881**<br><br>**JC Licht and Company**<br>**24196 Network Pl**<br>**Chicago, IL 60673** | - | | 2008-2009<br>**Business debt** | | | | 287.70 |
| Account No. **Multiple Invoices**<br><br>**Jim Teran Concrete, Inc**<br>**1547 E Hill Ave**<br>**Wheaton, IL 60187** | - | | 2008/2009<br>**Inv #s 22076 ($5,316.44) - 1755 Shaffner, Wheaton; 22077 ($3,875.90) - 605 Thornwood Dr, Naperville; 22069 ($22880.54) - 228 Franklin, Wheaton;** | | | | 32,072.88 |

Sheet no. **6** of **14** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **64,378.78**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re     **Kackert Associates, Inc.**                                          ,     Case No. _____

                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **44220** <br><br> **JSPaluch Co, Inc** <br> **PO Box 2703** <br> **Schiller Park, IL 60176** | - | | | **2009** | | | | 109.84 |
| Account No. <br><br> **K&G Custom A/V Inc** <br> **277 Elk Trail** <br> **Carol Stream, IL 60188** | - | | | **2007-2009** <br> **Custom Audio/Cabling in homes ($750, $6593.73, $290)** | | | | 7,633.73 |
| Account No. <br><br> **Kenrose Service Inc** <br> **PO Box 87135** <br> **Carol Stream, IL 60188** | - | | | **2008-2009** <br> **Lawn Maintenance - Inv #s 2936, 3032, 3058, 3135, 3210, 3284, 3356** | | | | 480.00 |
| Account No. **Loan #xx4871** <br><br> **Kondaur Capital Corp, assignee** <br> **c/o Heavner Scott Beyers & Mihlar,** <br> **PO Box 740** <br> **Decatur, IL 62525** | - | | | **4/2009** <br> **Foreclosure of property at 609 N Columbia, Naperville, IL. Judgment was entered against debtor in amount of $364,687.57 and property was sold for $203,070. Judgment deficiency remains.** | | | | 171,271.77 |
| Account No. **6004-3002-0005-5371** <br><br> **Menards** <br> **HSBC Business Solutions** <br> **P.O. Box 4160** <br> **Carol Stream, IL 60197-4160** | - | | | **2007-2009** <br> **Credit card purchases** | | | | 10,660.34 |

Sheet no. __7__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

190,155.68

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kackert Associates, Inc.**                                          ,        Case No. _____
                                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Inv Wx3331 -**<br><br>**Mendel Plumbing & Heating Inc**<br>**c/o John G Neal**<br>**PO Box 1596**<br>**Powell, OH 43065-1596** | | - | | **7/2008**<br>**Attempted sewer repairs on 609 Columbia, Naperville, IL - Atty #1892895** | | | X | 1,372.25 |
| Account No. **01096**<br><br>**Mooney & Thomas**<br>**2111 W. Plum St.**<br>**PO Box 312**<br>**Aurora, IL 60507** | | - | | **2008-2009**<br>**Accounting work** | | | | 7,805.00 |
| Account No. **Inv #921**<br><br>**Naperville Construction Fence Renta**<br>**PO Box 6712**<br>**Naperville, IL 60567** | | - | | **5/2008**<br>**Fence Rental at 228 E Franklin Ave, Wheaton, IL** | | | | 822.49 |
| Account No. **83-24-57-0501 3**<br><br>**Nicor Gas**<br>**Attn Bankruptcy Dept**<br>**1844 W Ferry Rd**<br>**Naperville, IL 60563** | | - | | **2008-2009**<br>**Utilities - Gas usage at 220 E Franklin St, Wheaton, IL** | | | | 1,297.81 |
| Account No. **58-12-91-0261 0**<br><br>**Nicor Gas**<br>**Attn Bankruptcy Dept**<br>**1844 W Ferry Rd**<br>**Naperville, IL 60563** | | - | | **2008-2009**<br>**Utilities - Gas usage at 1755  Shaffner Rd, Wheaton, IL** | | | | 139.99 |

Sheet no. __8___ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    11,437.54

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kackert Associates, Inc.**                                                        ,      Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **57-12-41-05750**<br><br>**Nicor Gas**<br>**Attn Bankruptcy Dept**<br>**1844 W Ferry Rd**<br>**Naperville, IL 60563** | | - | **2008-2009**<br>**Utilities - Gas usage at 228 E Franklin St, Wheaton, IL** | | | | 1,152.32 |
| Account No.<br><br>**Parco Excavating Inc**<br>**810 Hanson**<br>**Batavia, IL 60510** | | - | **5/20/09 - Set grades and final grade at 228 E Franklin St, Wheaton (1500); Load excess dirt fr 220 E Franklin, Wheaton, IL (1500)** | | | | 3,000.00 |
| Account No. **Inv 51219**<br><br>**Parvin-Clauss Sign Company**<br>**c/o Barry Serota & Assoc**<br>**PO Box 1008**<br>**Arlington Heights, IL 60006** | | - | **12/2008**<br>**Installation of signs at 1387 Butterfield Rd, Aurora** | | | | 777.70 |
| Account No. **Inv #12742 & 12404**<br><br>**Premier Exteriors**<br>**c/o Joseph R Voiland**<br>**1625 Wing Rd**<br>**Yorkville, IL 60560** | | - | **12/2008 and 8/2007**<br>**Installation of gutters and downspouts at 228 E Franklin, Wheaton and 2244 Park View Ct, Wheaton** | | | | 6,390.00 |
| Account No. **Multiple Invoices**<br><br>**Prestige Plumbing, Inc**<br>**11 John St**<br>**North Aurora, IL 60542** | | - | **2006-2008**<br>**Inv S15117 - work at 906 Columbia, Naperville (1,025); Inv S15192 - work at 906 Columbia, Naperville (350); Inv KR228R - work at 228 E Franklin, Wheaton (7,396); Inv SR053EXT1 - work at 101 Goldenrod, Sugar Grove, IL (551.25)** | | | X | 9,322.25 |

| | | |
|---|---|---|
| Sheet no. __9__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 20,642.27 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kackert Associates, Inc.** _____,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Inv 00054999**<br><br>**Print Perfect, Inc**<br>**431 N Raddant Rd**<br>**Batavia, IL 60510** | - | | | **12/2008**<br>**Typesetting - White Oaks Site Plan** | | | | 160.00 |
| Account No. **0813-00204150-000**<br><br>**ProBuild - Yorkville**<br>**204 W Wheaton Ave**<br>**Yorkville, IL 60560** | - | | | **2009**<br>**Work at 228 E Franklin St and 605 Thornwood Dr** | | | | 33,667.40 |
| Account No. **Multiple Invoices**<br><br>**Romos Masonry, Inc**<br>**12400 S Laflin**<br>**Riverdale, IL 60827** | - | | | **2008-2009**<br>**Sale and Installation of brick/masonry at 1755 Shaffner Rd, Wheaton ($2,975); at 605 Thornwood Rd, Naperville ($18,230); at 228 E Franklin, Wheaton ($53,500)** | | | | 74,705.00 |
| Account No. **Stmt #1530**<br><br>**Safeguard Sealcoating, Inc.**<br>**c/o George E Richeson**<br>**1450 W Main St Ste C**<br>**Saint Charles, IL 60174** | - | | | **10/2008**<br>**RE Installation of gravel and pavement/patches on driveway and/or roads at Richard St, Wheaton, IL and 640 N Loomis, Naperville. Deficiency judgment balance due in 09 SC 1273 - Kane County, IL.** | | | | 3,625.00 |
| Account No. **Multiple**<br><br>**Signature Stairs of D&D Woodworking**<br>**176 Commercial Dr #C**<br>**Yorkville, IL 60560** | - | | | **2006-2007**<br>**Inv 7574 - Installation of stairs at 639 Loomis, Naperville ($5,157); Installation of stairs at 101 Goldenrod, Sugar Grove ($12,731)** | | | | 17,888.00 |

Sheet no. __10__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **130,045.40**

B6F (Official Form 6F) (12/07) - Cont.

In re **Kackert Associates, Inc.** _____,    Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. <br><br>**Single Source Electric** <br>**37W743 Cigrand Ct** <br>**Batavia, IL 60510** | - | | | | **2008-2009** <br>**Installation of electric at 228 E Franklin, Wheaton ($15,277); Inv 356 ($17,600) and Invs 172 & 173 ($10,979 left); Inv rcv'd dtd 5/27/08 ($6,479)** | | | | 50,335.00 |
| Account No. **1018372** <br><br>**Southfield Corp dba IL Brick Co** <br>**c/o Elizabeth J. Boddy** <br>**111 E Wacker Dr Ste 2800** <br>**Chicago, IL 60601** | - | | | | **12/2007** <br>**RE Brick and masonry materials at 228 E Franklin St, Wheaton, IL. Counter-claim filed against debtor in 09 CH 1889 in DuPage County, IL. Deficiency Judgment.** | | | | 18,712.49 |
| Account No. **2008-P6021** <br><br>**St. Joseph Construction, Inc** <br>**c/o Dreyer, Foote, Streit, et al** <br>**1999 W Downer Pl** <br>**Aurora, IL 60506** | - | | | | **5/2008** <br>**RE Drywall and Taping at 228 E Franklin St, Wheaton, IL. Deficiency Judgment balance. Judgment entered 6/24/09 in 2008 AR 002196.** | | | | 27,137.50 |
| Account No. **Inv 08-130** <br><br>**Step One Stairworks, Inc** <br>**c/o Stephen L Krentz** <br>**100 W Main St** <br>**Plano, IL 60545** | - | | | | **7/2008** <br>**RE Custom stair construction and relaed services at 228 E Franklin St, Wheaton, IL. Deficiency judgment balance. Default judgment entered in 2009 AR 001268** | | | | 19,111.88 |
| Account No. **Cust #205836 1** <br><br>**Stock Building Supply** <br>**1331 David Rd** <br>**Elgin, IL 60123** | - | | | | **2008-2009** <br>**Building supplies for 228 E Franklin, Wheaton** | | | | 11,961.54 |

Sheet no. __11__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal    127,258.41
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kackert Associates, Inc.** _____,   Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Inv 863**<br><br>**Stokes Excavating, Inc**<br>**c/o John P Duggan**<br>**181 S Lincolnway**<br>**North Aurora, IL 60542** | - | | **8/2007**<br>**RE Installation of sanitary sewer extension at 1N003 Richard Ave, Wheaton, IL. Deficiency judgment entered in 2007 CH 003499 in DuPage County, IL** | | | | 54,529.00 |
| Account No.<br><br>**Sury Painting, Inc**<br>**3225 St Michel Ln**<br>**Saint Charles, IL 60175** | - | | **2008-2009**<br>**For exterior painting at 228 E Franklin, Wheaton ($800) and at 639 N Loomis, Naperville ($270)** | | | | 1,070.00 |
| Account No.<br><br>**SWH Architects, Ltd**<br>**890 Longview Ct**<br>**Sugar Grove, IL 60554** | | | **2007**<br>**Architectural drawings at Lot 2, Wheaton, IL** | | | | 5,850.00 |
| Account No.<br><br>**Ten Talents, Inc**<br>**c/o Norman H Lehrer, PC**<br>**429 W Wesley**<br>**Wheaton, IL 60187** | - | | **2008-2009** | | | | 15,850.00 |
| Account No. **6035 3220 0590 1263**<br><br>**The Home Depot/CBSD**<br>**PO Box 653002**<br>**Dallas, TX 75265-3002** | - | | **2007-2009**<br>**Credit card purchases** | | | | 8,329.15 |

Sheet no. __12__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

85,628.15

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kackert Associates, Inc.** _____,   Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Warrens Backhoe Bobcat** <br> **PO Box 176** <br> **Sugar Grove, IL 60554** | - | | | **2007-2009** <br> **Use of bobcat/dump** | | | | 36,018.28 |
| Account No. **Multiple Acct #s** <br><br> **Waste Management** <br> **1411 Opus Place, Ste. 400** <br> **Downers Grove, IL 60515** | - | | | **2009** <br> **Waste pick up for:** <br> **Acct #899-1781900-2354-3 (277.18);** <br> **Acct #899-1781901-2354-1 (189.87);** <br> **Acct #899-1781901-2354-9 (415.59)** | | | | 882.64 |
| Account No. **Inv WHA W11403-1** <br><br> **Wehrlie Home Appliances** <br> **500 W 5th Ave** <br> **Naperville, IL 60563** | - | | | **9/2007** <br> **Appliances for spec home at 1N003 Richard Ave, Wheaton** | | | | 5,589.99 |
| Account No. **Cust #1713** <br><br> **Weiss Insurance Agency** <br> **31W680 Army Trail Rd** <br> **Wayne, IL 60184** | - | | | **5/2009** <br> **Insurance** | | | | 3,162.00 |
| Account No. <br><br> **West Chicago Custom Countertops Inc** <br> **c/o Paul L Greviskes** <br> **PO Box 393, 109 E Wilson St** <br> **Batavia, IL 60510** | - | | | **2007-2009** <br> **sale and delivery of granite countertops and sinks for 639 N Loomis, Naperville and other properties** | | | | 9,536.75 |

Sheet no. __13__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

55,189.66

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kackert Associates, Inc.**                                              ,     Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **039266-000** <br><br> **Wheaton Sanitary District** <br> **P.O. Box 1389** <br> **Wheaton, IL 60187-1389** | - | | **12/2008** <br> **Sewer usage charges at 228 E Franklin, Wheaton** | | | | **50.14** |
| Account No. **032941-000** <br><br> **Wheaton Sanitary District** <br> **P.O. Box 1389** <br> **Wheaton, IL 60187-1389** | - | | **2/2009** <br> **Sewer usage charges for 1755 Shaffner Rd, Wheaton** | | | | **83.96** |
| Account No. **Inv #x8480** <br><br> **Wheaton Trenching, Inc** <br> **1306 Pierson Dr** <br> **Batavia, IL 60510** | - | | **2008** <br> **Sewer and foundation work on 605 Thornwood Dr, Naperville, IL** | | | | **10,853.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __14__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page) | **10,987.10** |
| | Total <br> (Report on Summary of Schedules) | **4,212,427.69** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    **Kackert Associates, Inc.** _____ ,    Case No. _____
                                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Kackert Brothers Management LLC**<br>**1387 Butterfield Rd**<br>**Aurora, IL 60502** | **Lessors (Kackert Brothers Management LLC)**<br>**lease of 1387 Butterfield Rd, Aurora, IL 60502 to**<br>**Kackert Associates, Inc (Lessee)** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6H (Official Form 6H) (12/07)

.

In re    **Kackert Associates, Inc.**                                                          ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Antonietta S Kackert**<br>**3S201 S Raddant Rd**<br>**Batavia, IL 60510** | **National City Bank sbm MidAmerica**<br>**c/o Heavner Scott Beyers & Mihlar**<br>**PO Box 740**<br>**Decatur, IL 62525** |
| **Kackert Brothers Management, LLC**<br>**1387 Butterfield Rd**<br>**Aurora, IL 60502** | **DuPage County Collector**<br>**PO Box 4203**<br>**Carol Stream, IL 60197-4203** |
| **Kackert Brothers Management, LLC**<br>**1387 Butterfield Rd**<br>**Aurora, IL 60502** | **Kane County Treasurer**<br>**PO Box 4025**<br>**Geneva, IL 60134-4025** |
| **Kackert Brothers Management, LLC**<br>**1387 Butterfield Rd**<br>**Aurora, IL 60502** | **Lake County Collector**<br>**18 N. County St Ste 102**<br>**Waukegan, IL 60085-4361** |
| **Kackert Brothers Management, LLC**<br>**1387 Butterfield Rd**<br>**Aurora, IL 60502** | **Chicago Title Insurance Co**<br>**1725 S Naperville Rd**<br>**Wheaton, IL 60189** |
| **Kackert Brothers Management, LLC**<br>**1387 Butterfield Rd**<br>**Aurora, IL 60502** | **First Community Bank of Joliet**<br>**c/o Joel Stein**<br>**225 W Washington St #1700**<br>**Chicago, IL 60606** |
| **Kackert Brothers Management, LLC**<br>**1387 Butterfield Rd**<br>**Aurora, IL 60502** | **Com Ed**<br>**Attn: Bankruptcy Dept.**<br>**2100 Swift Drive**<br>**Oak Brook, IL 60523** |
| **Kackert Brothers Management, LLC**<br>**1387 Butterfield Rd**<br>**Aurora, IL 60502** | **Com Ed**<br>**Attn: Bankruptcy Dept.**<br>**2100 Swift Drive**<br>**Oak Brook, IL 60523** |
| **Kackert Brothers Management, LLC**<br>**1387 Butterfield Rd**<br>**Aurora, IL 60502** | **Com Ed**<br>**Attn: Bankruptcy Dept.**<br>**2100 Swift Drive**<br>**Oak Brook, IL 60523** |
| **Patrick J Kackert**<br>**3S201 S Raddant Rd**<br>**Batavia, IL 60510** | **Harris Bank Barrington NA**<br>**P.O. Box 6201**<br>**Carol Stream, IL 60197-6201** |

1

_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Kackert Associates, Inc.**                                         ,        Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Patrick J Kackert**<br>**3S201 S Raddant Rd**<br>**Batavia, IL 60510** | **Corporate Facility Services, Inc.**<br>**as agent for Buikema #19 LLC**<br>**955 N Plum Grove Rd Ste A**<br>**Schaumburg, IL 60173** |
| **Patrick J Kackert**<br>**3S201 S Raddant Rd**<br>**Batavia, IL 60510** | **National City Bank sbm MidAmerica**<br>**c/o Heavner Scott Beyers & Mihlar**<br>**PO Box 740**<br>**Decatur, IL 62525** |
| **Patrick J Kackert**<br>**3S201 S Raddant Rd**<br>**Batavia, IL 60510** | **DuPage County Collector**<br>**PO Box 4203**<br>**Carol Stream, IL 60197-4203** |

Sheet ___1___ of ___1___ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Kackert Associates, Inc.**                                                    Case No.
                                              Debtor(s)                Chapter      **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**31**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **July 28, 2009**                          Signature   **/s/ Patrick J Kackert**
                                                              **Patrick J Kackert**
                                                              **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Kackert Associates, Inc.**                                                    Case No.

_____                         _____
                                Debtor(s)                                Chapter      **7**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐     State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$133,354.00** | **2007 Income** |
| **$29,546.51** | **2008 Income** |
| **$109,438.00** | **2009 Income YTD** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  AMOUNT | SOURCE |
|---|---|

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **St Joseph Construction, Inc, d/b/a Masters Drywall & Taping, vs. Kackert Associates, Inc. d/b/a Kackert Homes (2008 AR 2196)** | **Breach of Contract** | **In Circuit Court of Eighteenth Judicial Circuit, DuPage County, Wheaton, Illinois** | **Judgment entered on June 24, 2009 for $27,259.28.** |
| **Stokes Excavating, Inc. vs. Kackert Associates, Inc., et. al. (2007 CH 003499)** | **Foreclosure of Mechanic's Lien** | **In Circuit Court for Eighteenth Judicial Circuit, DuPage County, Wheaton, IL** | **Judgment entered in amount of $54,529.00.** |
| **Safeguard Sealcoating, Inc. vs. Kackert Associates, Inc. (09 SC 1273)** | **Small Claims Complaint - Breach of Contract** | **In the Circuit Court of the Sixteenth Judicial Circuit, Kane County, Illinois** | **Default judgment entered on April 8, 2009 in amount of $3,625.00** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Step One Stairworks, Inc vs. Patrick Kackert, individually and Kackert Associates, Inc. (2009 AR 001268)** | **Breach of Contract** | **In the Circuit Court of the Eighteenth Judicial Circuit, County of DuPage, IL** | **Pending. Default order entered 7/7/09. No judgment entered as of 7/20/09.** |
| **J&R Herra, Inc. vs. Kackert Associates, Inc. (09 AR K 980)** | **Breach of Contract** | **In the Circuit Court of the Sixteenth Judicial Circuit, Kane County, IL** | **Pending. Appearance due 7/21/09 in Geneva, IL.** |
| **Active Foam Specialists, LLC (Counter-Plaintiff) vs. Patrick J. Kackert, Antonietta Kackert, ... Kackert Associates, LLC et al (Counter-Defendants (2009 CH 1889)** | **Breach of Contract** | **In the Circuit Court of the Eighteenth Judicial Circuit, DuPage County, IL.** | **Pending. Status date 7/21/09.** |
| **BraKur Custom Cabinetry, Inc vs. Kackert Associates, Inc. & Patrick J. Kackert (09 AR 948)** | **Breach of Contract** | **In the Circuit Court of the Twelfth Judicial District, Will County, IL.** | **Pending. Initial court date is 8/19/09.** |
| **Kondaur Capital Corporation, assignee of Mid America Bank vs. Kackert Associates, Inc. et al (2009 CH 1709)** | **Foreclosure of Mortgage on Lot 4 E Franklin, Wheaton, IL 60187 (216 E Franklin)** | **In the Circuit Court of the Eighteenth Judicial Circuit, DuPage County, IL.** | **Pending. Case management conference is set for 7/21/09.** |
| **Kondaur Capital Corporation, assignee of Mid America Bank vs. Kackert Associates, Inc. et al. (09 CH 1509)** | **Mortgage Foreclosure on 101 Goldenrod, Sugar Grove, IL.** | **In the Circuit for the Sixteenth Judicial Circuit, Kane County, IL.** | **Pending. Case management conference is set for 8/8/09.** |
| **National City Bank sbm Mid America Bank vs. Kackert Associates, Inc., Patrick J. Kackert, Antonietta S. Kackert, et al. (09 CH 01889)** | **Mortgage Foreclosure for property at 228 E Franklin St, Wheaton, IL** | **In the Circuit Court of the Eighteenth Judicial Circuit, DuPage County, IL.** | **Case filed 4/29/09. Pending - Status date 8/28/09.** |
| **Southfield Corporation dba Illinois Brick Company v. Kackert Associates, Inc. and Patrick J. Kackert (09 CH 1889)** | **Counterclaim for Breach of Contract RE 228 E Franklin St, Wheaton, IL.** | **In the Circuit Court for the Eighteenth Judicial Circuit, DuPage County, IL** | **Matter filed 6/18/09. Pending to next status date 7/21/09.** |
| **First Community Bank of Joliet vs. Kackert Brothers Management, LLC, Patrick J. Kackert, Michael E. Kackert, Kackert Associates, Inc. et al (2009 CH 001898)** | **Foreclosure on Mortgage on property at 605 Thornwood Ave, Naperville, IL** | **In the Circuit Court for the 16th Judicial Circuit, DuPage County, Wheaton, IL** | **Pending.** |

None   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately
■   preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ☐  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Kondaur Capital Corp, assignee**<br>**c/o Heavner Scott Beyers & Mihlar LLC**<br>**PO Box 740**<br>**Decatur, IL 62525** | **4/2009** | **609 N Columbia, Naperville, IL.  Value of property $250,000.  Property was sold for $203,000 by the bank.  Release (Satisfaction) of Judgement on said amount was signed by National City Bank sbm MidAmerica Bank on 7/17/09.** |

**6. Assignments and receiverships**

None ■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Myler, Ruddy & McTavish**<br>**105 E Galena Blvd, 8th Fl**<br>**Aurora, IL 60505** | **7/27/2009** | **$3,000 Atty Fees; $299 Filing Fees** |

**10. Other transfers**

None
☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Charles R Given and Rebecca A Given**<br>**711 N Loomis St**<br>**Naperville, IL 60563**<br>    **Buyer of Property** | **7/2009** | **Property located at 711 N Loomis, Naperville, IL was sold for $762,700.  The mortgage company, title company, realtors, and other creditors were paid out of the closing proceeds and the debtor received $1,173.** |

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Philip W & Karie S Cecil**<br>**220 E Franklin St**<br>**Wheaton, IL 60187**<br>    **Buyer** | **3/2009** | **Property located at 220 E Franklin St, Wheaton, IL was valued at $850,000 and sold for $853,627 to Buyers by Kackert Brothers Management, LLC ("KBM").  Prior to the sale, the property was quit claimed to KBM by Kackert Associates, Inc. ("KAI") on 10/2008.  KBM received $64,934.39 at the closing of said property from the Buyers, the Cecils.** |
| **Kackert Brothers Management LLC**<br>**1387 Butterfield Rd**<br>**Aurora, IL 60502**<br>    **Transferee** | **1/1/2008** | **Property located at 605 Thornwood Dr, Naperville, IL was quit-claimed to Kackert Brothers Management, LLC (KBM) by Kackert Associates, Inc (KAI) in January of 2008. Property is valued at $700,000.   Property was put in foreclosure in May of 2009 by First Community Bank of Joliet for amount due on loan ($773,230.64)** |
| **Sanjiv Bawa**<br>**2230 Park View Ct**<br>**Wheaton, IL 60187**<br>    **Buyer of Property** | **5/27/2008** | **Property located at 2230 Park View Court, Wheaton, IL.  Property was valued at $360,000 and sold for $360,000 and after the mortgage company, title company, realtors and attorneys were paid the debtor received $29,546.51.** |
| **John Pluskota and Michelle Pluskota**<br>**2244 Park View Ct**<br>**Wheaton, IL 60187**<br>    **Buyer for property** | **8/20/2009** | **Property located at 2244 Park View Ct, Wheaton, IL was valued at $840,000 and sold for $837,253. After payment of mortgage company, realtors, attorney fees, title company and creditors, debtor received $43,330.92 at closing.** |
| **David Becker and Elizabeth Becker**<br>**639 N Loomis St**<br>**Naperville, IL 60540**<br>    **Buyer of Property** | **8/29/2007** | **Property located at 639 Loomis St, Naperville, IL was valued at $990,000 and sold for $999,900. After payment of mortgages, realtors, attorneys, and creditors, debtor received $43,548.20.** |
| **Oscar N Suazo and Traci F Suzao**<br>**1N003 Richard Ave**<br>**Wheaton, IL 60187**<br>    **Buyer of Property** | **10/5/2007** | **Property located at 1N003 Richard Ave, Wheaton, IL was valued at $650,000 and sold for $653,697.  After paying off the mortgage, realtors, attorneys, title company and creditors, the debtor received $89,806.02.** |

None
■        b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled
         trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
☐        List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or
         otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other
         financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds,
         cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13
         must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is
         filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Old Second National Bank**<br>**37 S. River St.**<br>**Aurora, IL 60506-4172** | **Business checking Acct 712-000-2436 - $0** | **10/2008 closed.** |

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None □

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **431 N Raddant Rd, Batavia, IL 60510** | **Kackert Associates, Inc** | **7/2004 - 6/2007** |

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■
  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■
  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

  *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

  *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■
  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

    *(An individual or joint debtor should complete this portion of the statement* **only** *if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Mooney & Thomas**<br>**2111 W. Plum St.**<br>**PO Box 312**<br>**Aurora, IL 60507** | **2006, 2007, 2008** |

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Patrick J. Kackert** | **3 S 201 S Raddant Rd**<br>**Batavia, IL 60510** |

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

**20. Inventories**

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|
| **Patrick J. Kackert**<br>**3 S 201 S. Raddant Rd**<br>**Batavia, IL 60510** | **President** | **Stock holder - 50 % ownership** |
| **Michael E. Kackert**<br>**3093 Secretary Ct.**<br>**Aurora, IL 60502** | **Vice President** | **Stock holder - 50% owner.** |

10

**22 . Former partners, officers, directors and shareholders**

None
■
a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                                    ADDRESS                                    DATE OF WITHDRAWAL

None
■
b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                        TITLE                        DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS                                                          AMOUNT OF MONEY
OF RECIPIENT,                      DATE AND PURPOSE                     OR DESCRIPTION AND
RELATIONSHIP TO DEBTOR             OF WITHDRAWAL                        VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None
■
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                          TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■
If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                TAXPAYER IDENTIFICATION NUMBER (EIN)


## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP


I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.


Date  **July 28, 2009**                      Signature   **/s/ Patrick J Kackert**
                                                          **Patrick J Kackert**
                                                          **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Kackert Associates, Inc.**

Debtor(s)

Case No. _____

Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept............................................................ $ _____ **3,000.00**

   Prior to the filing of this statement I have received............................................... $ _____ **3,000.00**

   Balance Due................................................................................................................ $ _____ **0.00**

2. $ **299.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **July 28, 2009**

/s/ Charles J. Myler
**Charles J. Myler**
**Myler, Ruddy & McTavish**
**105 E. Galena Blvd.**
**8th Floor**
**Aurora, IL 60505**
**630-897-8475  Fax: 630-897-8076**
**amctavish@mrmlaw.com  cmyler@mrmlaw.com**

---

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Kackert Associates, Inc.**                                             Case No.
                                            Debtor(s)          Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                      **103**


The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my
(our) knowledge.


Date:    **July 28, 2009**                        **/s/ Patrick J Kackert**
                                     **Patrick J Kackert**/**President**
                                     Signer/Title

Ace Hardware #14480
994 N Lake St
Aurora, IL 60506


Active Foam Specialists
5715 Weatherstone Way
Johnsburg, IL 60050


Active Foam Specialists, LLC
c/o Zanck, Coen & Wright, PC
40 Brink St.
Crystal Lake, IL 60014


Antonietta S Kackert
3S201 S Raddant Rd
Batavia, IL 60510


Baldwin Cooke
PO Box 312
Gloversville, NY 12078


Blackberry Hill Homeowner's Assn
53 Hillcrest Dr
Sugar Grove, IL 60554


Bradley Enterprises, Inc
4050 Wolf's Crossing Rd
Oswego, IL 60543


BraKur Custom Cabinetry, Inc
c/o Thomas E Carey
3033 W Jefferson St Ste 208
Joliet, IL 60435


BraKur Custom Cabinetry, Inc
18656 S Rte 59
Shorewood, IL 60404


Builders' Insulation
c/o Coleman Hull & van Vliet
8500 Normandale Lake Blvd Ste 2100
Minneapolis, MN 55437

Builders' Insulation
PO Box 40
Mc Farland, WI 53558


CertaPro Painters
c/o Best Vanderlaan & Harrington
2100 Manchester Rd Ste 1420
Wheaton, IL 60187


Chicago Title Insurance Co
1725 S Naperville Rd
Wheaton, IL 60189


Com Ed
Attn: Bankruptcy Dept.
2100 Swift Drive
Oak Brook, IL 60523


Corporate Facility Services, Inc.
as agent for Buikema #19 LLC
955 N Plum Grove Rd Ste A
Schaumburg, IL 60173


CT Corporation
PO Box 4349
Carol Stream, IL 60197-4349


CT Corporation System
111 Eighth Ave Group 2
New York, NY 10011


Danial's Inc
1650 Mitchell Rd
Aurora, IL 60505


Diamond Rigging Corporation
680 Kingsland Dr
Batavia, IL 60510


Dommermuth Brestal Cobine & West
123 Water St
PO Box 565
Naperville, IL 60566

DuPage County Collector
PO Box 4203
Carol Stream, IL 60197-4203

EE Service Landscaping & Tree Care
11A Margaret's Ln
Aurora, IL 60505

Falper Landscaping
1513 Kildeer Dr
Round Lake, IL 60073

Fasteel
607 W Chicago St Ste 203
Plainfield, IL 60544

First Community Bank of Joliet
c/o Joel Stein
225 W Washington St #1700
Chicago, IL 60606

Flooring Connection Inc
1585 Beverly Ct Ste 126
Aurora, IL 60502

Fox Lawn Care & Landscaping
1720 Gary Ave
Aurora, IL 60505

Frank's Digital & Office Products
PO Box 976
Aurora, IL 60507

George D. Kackert
3S201 S Raddant Rd
Batavia, IL 60510

GMAC
PO Box 9001948
Louisville, KY 40290-1948

Harris Bank Barrington NA
P.O. Box 6201
Carol Stream, IL 60197-6201

Herbo-Tree Service
27W770 Warrenville Rd
Warrenville, IL 60555


Hydrovac Excavation
11109 Fathke Rd
Crown Point, IN 46307


ICI Paints
21033 Network Pl
Chicago, IL 60673-1210


ICI Paints
720 N 17th St Unit #2
Saint Charles, IL 60174


IL Brick Company
8995 W 95th St
Palos Hills, IL 60453


IL Department of Revenue
PO Box 19035
Springfield, IL 62794-9035


IL Dept of Employment Security
260 E Indian Trail Rd
Aurora, IL 60505-1733


Imperial Marble Corp.
327 E LaSalle St
Somonauk, IL 60552


Internal Revenue Service
Attn 2001 Butterfield Rd
Downers Grove, IL 60515


Internal Revenue Service
2001 Butterfield Rd
Downers Grove, IL 60515


Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114-0326

J&D Door Sales, Inc
200 E Second St
PO Box 245
Big Rock, IL 60511


J&R Herra, Inc.
c/o Leslie G. Bleifuss
PO Box 8011, 138 N Main St
Elburn, IL 60119


J&R Herra, Inc.
250 W Nebraska St
PO Box 8032
Elburn, IL 60119


J&R Herra, Inc.
c/o TekCollect
PO Box 26390
Columbus, OH 43226


JC Licht and Company
24196 Network Pl
Chicago, IL 60673


Jim Teran Concrete, Inc
1547 E Hill Ave
Wheaton, IL 60187


JSPaluch Co, Inc
PO Box 2703
Schiller Park, IL 60176


K&G Custom A/V Inc
277 Elk Trail
Carol Stream, IL 60188


Kackert Brothers Management LLC
1387 Butterfield Rd
Aurora, IL 60502


Kackert Brothers Management, LLC
1387 Butterfield Rd
Aurora, IL 60502

Kane County Collector
Kane County Government Center
719 S. Batavia Ave, Bldg A
Geneva, IL 60134

Kane County Treasurer
PO Box 4025
Geneva, IL 60134-4025

Kenrose Service Inc
PO Box 87135
Carol Stream, IL 60188

Kondaur Capital Corp, assignee
c/o Atty Ira T Nevel
175 N Franklin Ste #201
Chicago, IL 60606

Kondaur Capital Corp, assignee
c/o Heavner Scott Beyers & Mihlar,
PO Box 740
Decatur, IL 62525

Kondaur Capital Corp, assignee
to Natl City Bnk sbm MidAmerica Bnk
1100 W Town & Country Rd Ste 1600
Orange, CA 92868

Kondaur Capital Corp, assignee to
Natl City Bank sbm Mid America Bank
1100 W Town & Country Rd Ste 1600
Orange, CA 92868

Lake County Collector
18 N. County St Ste 102
Waukegan, IL 60085-4361

Masters Drywall and Taping
1018 Still Ave
Aurora, IL 60506

Menards
HSBC Business Solutions
P.O. Box 4160
Carol Stream, IL 60197-4160

Menards/Batavia
300 N Randall Rd
Batavia, IL 60510


Mendel Plumbing & Heating Inc
c/o John G Neal
PO Box 1596
Powell, OH 43065-1596


Mooney & Thomas
2111 W. Plum St.
PO Box 312
Aurora, IL 60507


Naperville Construction Fence Renta
PO Box 6712
Naperville, IL 60567


National City Bank sbm MidAmerica
c/o Heavner Scott Beyers & Mihlar
PO Box 740
Decatur, IL 62525


National City Mortgage
c/o Heavner Scott Beyer & Smith
PO Box 740, 111 E Main St Ste 200
Decatur, IL 62523


National City Mortgage
Attn Bankruptcy Dept
3232 Newmark Dr
Miamisburg, OH 45342


Nicor Gas
Attn Bankruptcy Dept
1844 W Ferry Rd
Naperville, IL 60563


Parco Excavating Inc
810 Hanson
Batavia, IL 60510


Parvin-Clauss Sign Company
c/o Barry Serota & Assoc
PO Box 1008
Arlington Heights, IL 60006

Parvin-Clauss Sign Company Inc
165 Tubeway Dr
Carol Stream, IL 60188


Patrick J Kackert
3S201 S Raddant Rd
Batavia, IL 60510


Premier Exteriors
c/o Joseph R Voiland
1625 Wing Rd
Yorkville, IL 60560


Prestige Plumbing, Inc
11 John St
North Aurora, IL 60542


Print Perfect, Inc
431 N Raddant Rd
Batavia, IL 60510


ProBuild - Yorkville
204 W Wheaton Ave
Yorkville, IL 60560


Romos Masonry, Inc
12400 S Laflin
Riverdale, IL 60827


Safeguard Sealcoating, Inc.
c/o George E Richeson
1450 W Main St Ste C
Saint Charles, IL 60174


Safeguard Sealcoating, Inc.
510 S River St
Batavia, IL 60510


Settlers Ridge Community Assoc
c/o Property Specialists Inc
5999 S New Wilke Rd #108
Rolling Meadows, IL 60008

Signature Stairs of D&D Woodworking
176 Commercial Dr #C
Yorkville, IL 60560


Single Source Electric
37W743 Cigrand Ct
Batavia, IL 60510


Southfield Corp dba IL Brick Co
c/o Elizabeth J. Boddy
111 E Wacker Dr Ste 2800
Chicago, IL 60601


St. Joseph Construction, Inc
c/o Dreyer, Foote, Streit, et al
1999 W Downer Pl
Aurora, IL 60506


Step One Stairworks, Inc
c/o Stephen L Krentz
100 W Main St
Plano, IL 60545


Step Stairworks, Inc
201 N Somonauk Rd
Hinckley, IL 60520


Stock Building Supply
1331 David Rd
Elgin, IL 60123


Stock Building Supply
13578 Collection Center Drive
Chicago, IL 60693


Stokes Excavating, Inc
c/o John P Duggan
181 S Lincolnway
North Aurora, IL 60542


Stokes Excavating, Inc
PO Box 4403
Aurora, IL 60507

Sury Painting, Inc
3225 St Michel Ln
Saint Charles, IL 60175


SWH Architects, Ltd
890 Longview Ct
Sugar Grove, IL 60554


Ten Talents, Inc
c/o Norman H Lehrer, PC
429 W Wesley
Wheaton, IL 60187


The Home Depot/CBSD
PO Box 653002
Dallas, TX 75265-3002


Warrens Backhoe Bobcat
PO Box 176
Sugar Grove, IL 60554


Waste Management
1411 Opus Place, Ste. 400
Downers Grove, IL 60515


Wehrlie Home Appliances
500 W 5th Ave
Naperville, IL 60563


Weiss Insurance Agency
31W680 Army Trail Rd
Wayne, IL 60184


West Chicago Custom Countertops Inc
c/o Paul L Greviskes
PO Box 393, 109 E Wilson St
Batavia, IL 60510


Wheaton Sanitary District
P.O. Box 1389
Wheaton, IL 60187-1389


Wheaton Trenching, Inc
1306 Pierson Dr
Batavia, IL 60510

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Kackert Associates, Inc.**                                         Case No.
                                                                Debtor(s)          Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Kackert Associates, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July 28, 2009**
Date

**/s/ Charles J. Myler**
**Charles J. Myler**
Signature of Attorney or Litigant
Counsel for   **Kackert Associates, Inc.**
**Myler, Ruddy & McTavish**
**105 E. Galena Blvd.**
**8th Floor**
**Aurora, IL 60505**
**630-897-8475 Fax:630-897-8076**
**amctavish@mrmlaw.com  cmyler@mrmlaw.com**