UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| KACKERT ASSOCIATES, INC. | § | Case No. 09-27209 |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that THOMAS E. SPRINGER, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE U.S. BANKRUPTCY COURT
219 S. DEARBORN STREET
CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 07/12/2012 in Courtroom 250,
United States Courthouse
Old Kane County Courthouse
100 S. Third Street, Geveva, IL  60134
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: _____

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
KACKERT ASSOCIATES, INC. § Case No. 09-27209
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 10,004.92 |
| and approved disbursements of | $ | 114.24 |
| leaving a balance on hand of[1] | $ | 9,890.68 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 10A | Safeguard Sealcoating, Inc. | $ 880.00 | $ 880.00 | $ 0.00 | $ 0.00 |
| 13 | St. Joseph Construction, Inc | $ 28,530.99 | $ 28,530.99 | $ 0.00 | $ 0.00 |
| 15A | Department of the Treasury | $ 104,831.59 | $ 104,831.59 | $ 0.00 | $ 0.00 |
| 16 | Stock Building Supply | $ 11,787.35 | $ 11,787.35 | $ 0.00 | $ 0.00 |
| 17 | Active Foam Specialists, LLC | $ 26,056.41 | $ 26,056.41 | $ 0.00 | $ 0.00 |
| 21A | ProBuild - Yorkville | $ 14,274.59 | $ 14,274.59 | $ 0.00 | $ 0.00 |
| 22 | J&D Door Sales, Inc | $ 17,452.00 | $ 17,452.00 | $ 0.00 | $ 0.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

| | | |
|---|---:|---:|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 9,890.68 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: THOMAS E. SPRINGER, TRUSTEE | $ 1,750.49 | $ 0.00 | $ 1,750.49 |
| Attorney for Trustee Fees: Thomas E. Springer | $ 4,440.00 | $ 0.00 | $ 4,440.00 |
| Attorney for Trustee Expenses: Thomas E. Springer | $ 106.08 | $ 0.00 | $ 106.08 |
| Accountant for Trustee Fees: Alan S. Horewitch, CPA | $ 1,860.00 | $ 0.00 | $ 1,860.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 8.29 | $ 8.29 | $ 0.00 |

| | | |
|---|---:|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 8,156.57 |
| Remaining Balance | $ | 1,734.11 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 133,927.72 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1A | Illinois Department of Employment Security | $ 7,395.64 | $ 0.00 | $ 95.76 |
| 7A | Illinois Department of Revenue | $ 10,217.98 | $ 0.00 | $ 132.30 |
| 15B | Department of the Treasury | $ 116,314.10 | $ 0.00 | $ 1,506.05 |

UST Form 101-7-NFR (5/1/2011) *(Page: 3)*

    Total to be paid to priority creditors      $     1,734.11

    Remaining Balance      $     0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,547,093.53 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1B | Illinois Department of Employment Security | $ 315.00 | $ 0.00 | $ 0.00 |
| 2 | Southfield Corporation d/b/a | $ 17,979.60 | $ 0.00 | $ 0.00 |
| 3 | Premier Exteriors | $ 6,390.00 | $ 0.00 | $ 0.00 |
| 4 | Tom's Construction Co Inc | $ 4,800.00 | $ 0.00 | $ 0.00 |
| 5 | Parvin-Clauss Sign Company Inc | $ 707.00 | $ 0.00 | $ 0.00 |
| 6 | City Wide Insulation of Madison, Inc., dba | $ 10,655.00 | $ 0.00 | $ 0.00 |
| 7B | Illinois Department of Revenue | $ 1,007.23 | $ 0.00 | $ 0.00 |
| 8 | Parvin-Clauss Sign Company Inc | $ 707.00 | $ 0.00 | $ 0.00 |
| 9 | Hydrovac Excavation | $ 1,260.00 | $ 0.00 | $ 0.00 |
| 10B | Safeguard Sealcoating, Inc. | $ 2,835.28 | $ 0.00 | $ 0.00 |
| 11 | West Chicago Custom Countertops Inc | $ 9,536.75 | $ 0.00 | $ 0.00 |
| 12 | Baldwin Cooke | $ 987.11 | $ 0.00 | $ 0.00 |
| 14 | Com Ed | $ 1,265.70 | $ 0.00 | $ 0.00 |
| 15C | Department of the Treasury | $ 25,995.08 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 18 | George D. Kackert | $ 3,414,144.39 | $ 0.00 | $ 0.00 |
| 19 | Blackberry Hill Homeowner's Assn | $ 1,530.00 | $ 0.00 | $ 0.00 |
| 20 | Step One Stairworks, Inc | $ 19,111.88 | $ 0.00 | $ 0.00 |
| 21B | ProBuild - Yorkville | $ 1,220.54 | $ 0.00 | $ 0.00 |
| 23 | J&D Door Sales, Inc | $ 8,651.00 | $ 0.00 | $ 0.00 |
| 24 | Southfield Corporation d/b/a | $ 17,994.97 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors      $      0.00

Remaining Balance      $      0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Thomas E. Springer
                                Trustee

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                  Case No. 09-27209-MB
Kackert Associates, Inc.                                                Chapter 7
         Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0752-1           User: corrinal                Page 1 of 4                  Date Rcvd: Jun 22, 2012
                               Form ID: pdf006               Total Noticed: 108


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 24, 2012.
db            #+Kackert Associates, Inc.,    1387 Butterfield Rd,    Aurora, IL 60502-8715
14543470       +Abrams Design Consultants,    543 E. Hillside Rd,    Naperville, IL 60540-6701
14216698       +Ace Hardware #14480,    994 N Lake St,    Aurora, IL 60506-2566
14216699       +Active Foam Specialists,    5715 Weatherstone Way,    Johnsburg, IL 60051-8431
14216700       +Active Foam Specialists, LLC,    c/o Zanck, Coen & Wright, PC,    40 Brink St.,
                 Crystal Lake, IL 60014-4371
14216701       +Antonietta S Kackert,    3S201 S Raddant Rd,    Batavia, IL 60510-8676
14216702       +Baldwin Cooke,    PO Box 312,    Gloversville, NY 12078-0003
14216703       +Blackberry Hill Homeowner's Assn,    53 Hillcrest Dr,    Sugar Grove, IL 60554-9183
14216706        BraKur Custom Cabinetry, Inc,    18656 S Rte 59,    Shorewood, IL 60404
14216705       +BraKur Custom Cabinetry, Inc,    c/o Thomas E Carey,    3033 W Jefferson St Ste 208,
                 Joliet, IL 60435-5252
14216704       +Bradley Enterprises, Inc,    4050 Wolf's Crossing Rd,    Oswego, IL 60543-9621
14216707       +Builders' Insulation,    c/o Coleman Hull & van Vliet,    8500 Normandale Lake Blvd Ste 2100,
                 Minneapolis, MN 55437-3813
14216709       +CertaPro Painters,    c/o Best Vanderlaan & Harrington,    2100 Manchester Rd Ste 1420,
                 Wheaton, IL 60187-4534
14216710       +Chicago Title Insurance Co,    1725 S Naperville Rd,    Wheaton, IL 60189-5891
14732292       +City Wide Insulation of Madison, Inc., dba,    Builders' Insulation  MP Coaty, Esq,
                 c/o Coleman Hull & Van vliet,    8500 Normandale Lake Blvd. Ste 2100,
                 Minneapolis, MN 55437-3813
14543471       +City of Wheaton,    303 W. Wesley St,    Wheton, IL 60187-5070
14216712       +Corporate Facility Services, Inc.,    as agent for Buikema #19 LLC,    955 N Plum Grove Rd Ste A,
                 Schaumburg, IL 60173-4784
14216715       +Danial's Inc,    1650 Mitchell Rd,    Aurora, IL 60505-9579
14216716       +Diamond Rigging Corporation,    680 Kingsland Dr,    Batavia, IL 60510-2298
14216717       +Dommermuth Brestal Cobine & West,    123 Water St,    PO Box 565,    Naperville, IL 60566-0565
14216719       +EE Service Landscaping & Tree Care,    11A Margaret's Ln,    Aurora, IL 60505-2574
14216721      ++++FASTEEL,    24118 W CHICAGO ST STE 202,    PLAINFIELD IL   60544-2860
               (address filed with court: Fasteel,     607 W Chicago St Ste 203,    Plainfield, IL 60544)
14216720       +Falper Landscaping,    1513 Kildeer Dr,    Round Lake, IL 60073-1528
14216722       +First Community Bank of Joliet,    c/o Joel Stein,    225 W Washington St #1700,
                 Chicago, IL 60606-3404
14216723       +Flooring Connection Inc,    1585 Beverly Ct Ste 126,    Aurora, IL 60502-8765
14216724       +Fox Lawn Care & Landscaping,    1720 Gary Ave,    Aurora, IL 60505-1604
14216725       +Frank's Digital & Office Products,    PO Box 976,    Aurora, IL 60507-0976
14216726       +George D. Kackert,    3S201 S Raddant Rd,    Batavia, IL 60510-8676
14216728        Harris Bank Barrington NA,    P.O. Box 6201,    Carol Stream, IL 60197-6201
14216729       +Herbo-Tree Service,    27W770 Warrenville Rd,    Warrenville, IL 60555-3906
14216730       +Hydrovac Excavation,    11109 Fathke Rd,    Crown Point, IN 46307-3665
14216731        ICI Paints,    21033 Network Pl,    Chicago, IL 60673-1210
14216734       +IL Brick Company,    8995 W 95th St,    Palos Hills, IL 60465-5030
14216735        IL Department of Revenue,    PO Box 19035,    Springfield, IL 62794-9035
14216736        IL Dept of Employment Security,    260 E Indian Trail Rd,    Aurora, IL 60505-1733
14368212       +Illinois Department of Employment Security,    33 South State Street,
                 Chicago, Illinois 60603-2808,    flr.
14735068        Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
14216737       +Imperial Marble Corp.,    327 E LaSalle St,    Somonauk, IL 60552-9561
14216739       +Internal Revenue Service,    2001 Butterfield Rd,    Downers Grove, IL 60515-1058
14216738       +Internal Revenue Service,    Attn 2001 Butterfield Rd,    Downers Grove, IL 60515-1058
14216741       +J&D Door Sales, Inc,    200 E Second St,    PO Box 245,    Big Rock, IL 60511-0245
14216742       +J&R Herra, Inc.,    c/o Leslie G. Bleifuss,    PO Box 8011, 138 N Main St,    Elburn, IL 60119-8011
14216743       +J&R Herra, Inc.,    250 W Nebraska St,    PO Box 8032,    Elburn, IL 60119-8032
14216744       +J&R Herra, Inc.,    c/o TekCollect,    PO Box 26390,    Columbus, OH 43226
14216745       +JC Licht and Company,    24196 Network Pl,    Chicago, IL 60673-1241
14216747       +JSPaluch Co, Inc,    PO Box 2703,    Schiller Park, IL 60176-0703
14216746       +Jim Teran Concrete, Inc,    1547 E Hill Ave,    Wheaton, IL 60187-5830
14216748       +K&G Custom A/V Inc,    277 Elk Trail,    Carol Stream, IL 60188-9373
14216749       +Kackert Brothers Management LLC,    1387 Butterfield Rd,    Aurora, IL 60502-8715
14216751       +Kane County Collector,    Kane County Government Center,    719 S. Batavia Ave, Bldg A,
                 Geneva, IL 60134-3077
14216752        Kane County Treasurer,    PO Box 4025,    Geneva, IL 60134-4025
14216753       +Kenrose Service Inc,    PO Box 87135,    Carol Stream, IL 60188-7135
14216756       +Kondaur Capital Corp, assignee,    to Natl City Bnk sbm MidAmerica Bnk,
                 1100 W Town & Country Rd Ste 1600,    Orange, CA 92868-4698
14216754       +Kondaur Capital Corp, assignee,    c/o Atty Ira T Nevel,    175 N Franklin Ste #201,
                 Chicago, IL 60606-1847
14216755       +Kondaur Capital Corp, assignee,    c/o Heavner Scott Beyers & Mihlar,,    PO Box 740,
                 Decatur, IL 62525-0740
14216757       +Kondaur Capital Corp, assignee to,    Natl City Bank sbm Mid America Bank,
                 1100 W Town & Country Rd Ste 1600,    Orange, CA 92868-4698
14216759       +Masters Drywall and Taping,    1018 Still Ave,    Aurora, IL 60506-5838
14216760        Menards,    HSBC Business Solutions,    P.O. Box 4160,    Carol Stream, IL 60197-4160
14216761       +Menards/Batavia,    300 N Randall Rd,    Batavia, IL 60510-9218
```

```
District/off: 0752-1          User: corrinal              Page 2 of 4              Date Rcvd: Jun 22, 2012
                              Form ID: pdf006             Total Noticed: 108

14216762       Mendel Plumbing & Heating Inc,    c/o John G Neal,    PO Box 1596,    Powell, OH 43065-1596
14216763      +Mooney & Thomas,    2111 W. Plum St.,    PO Box 312,    Aurora, IL 60507-0312
14216764      +Naperville Construction Fence Renta,    PO Box 6712,    Naperville, IL 60567-6712
14216765      +National City Bank sbm MidAmerica,    c/o Heavner Scott Beyers & Mihlar,    PO Box 740,
                Decatur, IL 62525-0740
14216767      +National City Mortgage,    Attn Bankruptcy Dept,    3232 Newmark Dr,    Miamisburg, OH 45342-5421
14216766      +National City Mortgage,    c/o Heavner Scott Beyer & Smith,    PO Box 740, 111 E Main St Ste 200,
                Decatur, IL 62523-1204
14216769      +Parco Excavating Inc,    810 Hanson,    Batavia, IL 60510-2848
14216770      +Parvin-Clauss Sign Company,    c/o Barry Serota & Assoc,    PO Box 1008,
                Arlington Heights, IL 60006-1008
14216771      +Parvin-Clauss Sign Company Inc,    165 Tubeway Dr,    Carol Stream, IL 60188-2249
14216772      +Patrick J Kackert,    3S201 S Raddant Rd,    Batavia, IL 60510-8676
14216773      +Premier Exteriors,    c/o Joseph R Voiland,    1625 Wing Rd,    Yorkville, IL 60560-9263
14216774      +Prestige Plumbing, Inc,    11 John St,    North Aurora, IL 60542-1619
14216775      +Print Perfect, Inc,    431 N Raddant Rd,    Batavia, IL 60510-4221
14216776      +ProBuild - Yorkville,    204 W Wheaton Ave,    Yorkville, IL 60560-4545
14216777      +Romos Masonry, Inc,    12400 S Laflin,    Riverdale, IL 60827-5713
14216792      +SWH Architects, Ltd,    890 Longview Ct,    Sugar Grove, IL 60554-9250
14216778      +Safeguard Sealcoating, Inc.,    c/o George E Richeson,    1450 W Main St Ste C,
                Saint Charles, IL 60174-1679
14216780      +Settlers Ridge Community Assoc,    c/o Property Specialists Inc,    5999 S New Wilke Rd #108,
                Rolling Meadows, IL 60008-4501
14216781      +Signature Stairs of D&D Woodworking,    176 Commercial Dr #C,    Yorkville, IL 60560-4563
14216782      +Single Source Electric,    37W743 Cigrand Ct,    Batavia, IL 60510-5115
14216783      +Southfield Corp dba IL Brick Co,    c/o Elizabeth J. Boddy,    111 E Wacker Dr Ste 2800,
                Chicago, IL 60601-4277
14712896      +Southfield Corporation d/b/a,    Illinois Brick Company,    c/o Elizabeth J. Boddy, Esq.,
                111 East Wacker Drive, Suite 2800,    Chicago, IL 60601-4277
14216784      +St. Joseph Construction, Inc,    c/o Dreyer, Foote, Streit, et al,    1999 W Downer Pl,
                Aurora, IL 60506-4776
14783768      +St. Joseph's Construction, Inc. d/b/a Masters Dryw,    c/o Dreyer, Foote, Streit, et al.,
                1999 West Downer Place,    Aurora, IL 60506-4776
14216785      +Step One Stairworks, Inc,    c/o Stephen L Krentz,    100 W Main St,    Plano, IL 60545-1431
14216786      +Step Stairworks, Inc,    201 N Somonauk Rd,    Hinckley, IL 60520-6254
14216788      +Stock Building Supply,    13578 Collection Center Drive,    Chicago, IL 60693-0135
14216790      +Stokes Excavating, Inc,    PO Box 4403,    Aurora, IL 60507-4403
14216789      +Stokes Excavating, Inc,    c/o John P Duggan,    181 S Lincolnway,    North Aurora, IL 60542-1609
14216791      +Sury Painting, Inc,    3225 St Michel Ln,    Saint Charles, IL 60175-6098
14216793      +Ten Talents, Inc,    c/o Norman H Lehrer, PC,    429 W Wesley,    Wheaton, IL 60187-4925
14216794      #The Home Depot/CBSD,    PO Box 653002,    Dallas, TX 75265-3002
14543472      #+Tom's Construction Co Inc,    29 E Ash St,    Lombard, IL 60148-2601
14216795      +Warrens Backhoe Bobcat,    PO Box 176,    Sugar Grove, IL 60554-0176
14216796      +Waste Management,    1411 Opus Place, Ste. 400,    Downers Grove, IL 60515-1481
14216797      +Wehrlie Home Appliances,    500 W 5th Ave,    Naperville, IL 60563-2901
14216798      +Weiss Insurance Agency,    31W680 Army Trail Rd,    Wayne, IL 60184-2154
14216799      +West Chicago Custom Countertops Inc,    c/o Paul L Greviskes,    PO Box 393, 109 E Wilson St,
                Batavia, IL 60510-0393
14216800       Wheaton Sanitary District,    P.O. Box 1389,    Wheaton, IL 60187-1389
14216801      +Wheaton Trenching, Inc,    1306 Pierson Dr,    Batavia, IL 60510-1504

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14216713       E-mail/Text: tammie.bennett@wolterskluwer.com Jun 22 2012 19:23:18      CT Corporation,
                PO Box 4349,    Carol Stream, IL 60197-4349
14216714       E-mail/Text: tammie.bennett@wolterskluwer.com Jun 22 2012 19:23:18      CT Corporation System,
                111 Eighth Ave Group 2,    New York, NY 10011-5201
14216711      +E-mail/Text: legalcollections@comed.com Jun 22 2012 19:23:16      Com Ed,    Attn: Bankruptcy Dept.,
                2100 Swift Drive,    Oak Brook, IL 60523-1559
14216718       E-mail/Text: collector@dupageco.org Jun 22 2012 19:24:44      DuPage County Collector,
                PO Box 4203,    Carol Stream, IL 60197-4203
14216727       E-mail/Text: ally@ebn.phinsolutions.com Jun 22 2012 19:24:06      GMAC,    PO Box 9001948,
                Louisville, KY 40290-1948
14216740       E-mail/Text: cio.bncmail@irs.gov Jun 22 2012 19:20:38      Department of the Treasury,
                Internal Revenue Service,    P.O. Box 21126,    Philadelphia, PA 19114-0326
14216758       E-mail/Text: idiaz2@co.lake.il.us Jun 22 2012 19:23:45      Lake County Collector,
                18 N. County St Ste 102,    Waukegan, IL 60085-4361
14216768      +E-mail/Text: bankrup@nicor.com Jun 22 2012 19:22:04      Nicor Gas,    Attn Bankruptcy Dept,
                1844 W Ferry Rd,    Naperville, IL 60563-9600
14216773      +E-mail/Text: jrvoiland@sbcglobal.net Jun 22 2012 19:26:01      Premier Exteriors,
                c/o Joseph R Voiland,    1625 Wing Rd,    Yorkville, IL 60560-9263
14543473      +E-mail/Text: ub@sugar-grove.il.us Jun 22 2012 19:24:55      Village of Sugar Gove,
                10 S. Municipal Dr,    Sugar Grove, IL 60554-6923
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty         Thomas E. Springer
```

```
District/off: 0752-1           User: corrinal              Page 3 of 4              Date Rcvd: Jun 22, 2012
                               Form ID: pdf006             Total Noticed: 108

14216750*    +Kackert Brothers Management, LLC,   1387 Butterfield Rd,    Aurora, IL 60502-8715
14216708    ##+Builders' Insulation,    PO Box 40,    Mc Farland, WI 53558-0040
14216732    ##+ICI Paints,    720 N 17th St Unit #2,    Saint Charles, IL 60174-1529
14216779    ##+Safeguard Sealcoating, Inc.,    510 S River St,    Batavia, IL 60510-2675
14216787    ##+Stock Building Supply,    1331 David Rd,    Elgin, IL 60123-1319
                                                                                       TOTALS: 1, * 1, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 24, 2012**                         **Signature:**      *Joseph Speetjens*

```
District/off: 0752-1           User: corrinal               Page 4 of 4                  Date Rcvd: Jun 22, 2012
                               Form ID: pdf006              Total Noticed: 108
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 21, 2012 at the address(es) listed below:
          Bruce  Dopke    on behalf of Creditor   Stokes Excavating, Inc. bruce@dopkelaw.com
          Charles J Myler    on behalf of Debtor   Kackert Associates, Inc. cmyler@mrmlaw.com,
           kmyler@mrmlaw.com
          Faiq  Mihlar    on behalf of Creditor   National City Bank, successor by merger to MidAmerica Bank
           shellyhood@hsbattys.com,
           jenniferewins@hsbattys.com;heathergiannino@hsbattys.com;bk4hsbm@gmail.com
          James M Philbrick    on behalf of Creditor   GMAC jmphilbrick@att.net
          Jennifer  Rojas    on behalf of Creditor   First Community Bank of Joliet rojas@dlec.com,
           stein@dlec.com
          Jennifer L Johnson     on behalf of Creditor   Active Foam Specialists, LLC jjohnson@zcwlaw.com,
           vblazina@zcwlaw.com
          Michael W Huseman     on behalf of Creditor   St. Joseph Construction, Inc. d/b/a Masters Drywall
           and Taping joanb@dreyerfoote.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Richard G Larsen     on behalf of Debtor   Kackert Associates, Inc. rglarsen@mrmlaw.com
          Thomas E Springer     on behalf of Trustee Thomas Springer tspringer@springerbrown.com,
           jkrafcisin@springerbrown.com
          Thomas E Springer     tspringer@springerbrown.com,
           tspringer@ecf.epiqsystems.com;jkrafcisin@springerbrown.com
          Timothy R Yueill    on behalf of Creditor   Kondaur Capital Corporation timothyy@nevellaw.com
                                                                                                                                  TOTAL: 12