**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KACKERT ASSOCIATES, INC. | § | Case No. 09-27209 |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 2,151,500.00<br>*(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 1,734.25 | Claims Discharged<br>Without Payment: 4,523,422.69 |
| Total Expenses of Administration: 8,270.80 | |

3) Total gross receipts of $ 10,005.05 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 10,005.05 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 203,812.93 | $ 203,812.93 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 8,270.80 | 8,270.80 | 8,270.80 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 133,927.72 | 133,927.72 | 1,734.25 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 844,135.69 | 3,547,093.53 | 3,547,093.53 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 844,135.69 | $ 3,893,104.98 | $ 3,893,104.98 | $ 10,005.05 |

4) This case was originally filed under chapter 7 on 07/28/2009 . The case was pending for 38 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/18/2012 By:/s/THOMAS E. SPRINGER, TRUSTEE
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2004 Chevy Tahoe (88,000 mi) | 1129-000 | 1,750.00 |
| 2004 Chevy Silverado (39,800 mi.) | 1129-000 | 1,750.00 |
| 2000 Ford Pick Up F250 (110,000 mi) | 1129-000 | 1,750.00 |
| 1998 Chevy Pick Z71 (90,000) | 1129-000 | 1,750.00 |
| Case 1845 Skid loader/forklift | 1129-000 | 3,000.00 |
| Post-Petition Interest Deposits | 1270-000 | 5.05 |
| **TOTAL GROSS RECEIPTS** | | **$** 10,005.05 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 17 | Active Foam Specialists, Llc | 4120-000 | NA | 26,056.41 | 26,056.41 | 0.00 |
| 22 | J&D Door Sales, Inc | 4120-000 | NA | 17,452.00 | 17,452.00 | 0.00 |
| 21A | Probuild - Yorkville | 4120-000 | NA | 14,274.59 | 14,274.59 | 0.00 |
| 10A | Safeguard Sealcoating, Inc. | 4120-000 | NA | 880.00 | 880.00 | 0.00 |
| 13 | St. Joseph Construction, Inc | 4120-000 | NA | 28,530.99 | 28,530.99 | 0.00 |
| 16 | Stock Building Supply | 4120-000 | NA | 11,787.35 | 11,787.35 | 0.00 |
| 15A | Department Of The Treasury | 4300-000 | NA | 104,831.59 | 104,831.59 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ NA | $ 203,812.93 | $ 203,812.93 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS E. SPRINGER, TRUSTEE | 2100-000 | NA | 1,750.48 | 1,750.48 | 1,750.48 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 8.29 | 8.29 | 8.29 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 9.13 | 9.13 | 9.13 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 9.89 | 9.89 | 9.89 |
| BANK OF AMERICA | 2600-000 | NA | 12.72 | 12.72 | 12.72 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA | 2600-000 | NA | 12.30 | 12.30 | 12.30 |
| BANK OF AMERICA | 2600-000 | NA | 12.28 | 12.28 | 12.28 |
| BANK OF AMERICA | 2600-000 | NA | 13.05 | 13.05 | 13.05 |
| BANK OF AMERICA | 2600-000 | NA | 11.81 | 11.81 | 11.81 |
| BANK OF AMERICA | 2600-000 | NA | 12.19 | 12.19 | 12.19 |
| BANK OF AMERICA | 2600-000 | NA | 12.58 | 12.58 | 12.58 |
| THOMAS E. SPRINGER | 3110-000 | NA | 4,440.00 | 4,440.00 | 4,440.00 |
| THOMAS E. SPRINGER | 3120-000 | NA | 106.08 | 106.08 | 106.08 |
| ALAN S. HOREWITCH, CPA | 3410-000 | NA | 1,860.00 | 1,860.00 | 1,860.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$** NA | **$** 8,270.80 | **$** 8,270.80 | **$** 8,270.80 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$** NA | **$** NA | **$** NA | **$** NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 15B | Department Of The Treasury | 5800-000 | NA | 116,314.10 | 116,314.10 | 1,506.17 |
| 1A | Illinois Department Of Employment S | 5800-000 | NA | 7,395.64 | 7,395.64 | 95.77 |
| 7A | Illinois Department Of Revenue | 5800-000 | NA | 10,217.98 | 10,217.98 | 132.31 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 133,927.72 | $ 133,927.72 | $ 1,734.25 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ace Hardware #14480 994 N Lake St Aurora, IL 60506 | | 382.50 | NA | NA | 0.00 |
| | Active Foam Specialists, LLC c/o Zanck, Coen & Wright, PC 40 Brink St. Crystal Lake, IL 60014 | | 24,000.00 | NA | NA | 0.00 |
| | Baldwin Cooke PO Box 312 Gloversville, NY 12078 | | 987.11 | NA | NA | 0.00 |
| | Blackberry Hill Homeowner's Assn 53 Hillcrest Dr Sugar Grove, IL 60554 | | 300.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- | --- |
| | BraKur Custom Cabinetry, Inc c/o Thomas E Carey 3033 W Jefferson St Ste 208 Joliet, IL 60435 | | 23,602.61 | NA | NA | 0.00 |
| | Bradley Enterprises, Inc 4050 Wolf's Crossing Rd Oswego, IL 60543 | | 26,614.00 | NA | NA | 0.00 |
| | Builders' Insulation c/o Coleman Hull & van Vliet 8500 Normandale Lake Blvd Ste 2100 Minneapolis, MN 55437 | | 10,665.00 | NA | NA | 0.00 |
| | CT Corporation System 111 Eighth Ave Group 2 New York, NY 10011 | | 618.00 | NA | NA | 0.00 |
| | CertaPro Painters c/o Best Vanderlaan & Harrington 2100 Manchester Rd Ste 1420 Wheaton, IL 60187 | | 2,675.00 | NA | NA | 0.00 |
| | Chicago Title Insurance Co 1725 S Naperville Rd Wheaton, IL 60189 | | 160.00 | NA | NA | 0.00 |
| | Com Ed Attn: Bankruptcy Dept. 2100 Swift Drive Oak Brook, IL 60523 | | 278.43 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- | --- |
| | Com Ed Attn: Bankruptcy Dept. 2100 Swift Drive Oak Brook, IL 60523 | | 939.53 | NA | NA | 0.00 |
| | Com Ed Attn: Bankruptcy Dept. 2100 Swift Drive Oak Brook, IL 60523 | | 89.91 | NA | NA | 0.00 |
| | Com Ed Attn: Bankruptcy Dept. 2100 Swift Drive Oak Brook, IL 60523 | | 102.39 | NA | NA | 0.00 |
| | Corporate Facility Services, Inc. as agent for Buikema #19 LLC 955 N Plum Grove Rd Ste A Schaumburg, IL 60173 | | 6,150.01 | NA | NA | 0.00 |
| | Danial's Inc 1650 Mitchell Rd Aurora, IL 60505 | | 330.41 | NA | NA | 0.00 |
| | Diamond Rigging Corporation 680 Kingsland Dr Batavia, IL 60510 | | 5,905.77 | NA | NA | 0.00 |
| | Dommermuth Brestal Cobine & West 123 Water St PO Box 565 Naperville, IL 60566 | | 17,311.56 | NA | NA | 0.00 |
| | EE Service Landscaping & Tree Care 11A Margaret's Ln Aurora, IL 60505 | | 5,275.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- | --- |
| | Falper Landscaping 1513 Kildeer Dr Round Lake, IL 60073 | | 420.00 | NA | NA | 0.00 |
| | Fasteel 607 W Chicago St Ste 203 Plainfield, IL 60544 | | 3,914.88 | NA | NA | 0.00 |
| | Flooring Connection Inc 1585 Beverly Ct Ste 126 Aurora, IL 60502 | | 2,280.00 | NA | NA | 0.00 |
| | Fox Lawn Care & Landscaping 1720 Gary Ave Aurora, IL 60505 | | 12,110.00 | NA | NA | 0.00 |
| | Frank's Digital & Office Products PO Box 976 Aurora, IL 60507 | | 864.00 | NA | NA | 0.00 |
| | Herbo-Tree Service 27W770 Warrenville Rd Warrenville, IL 60555 | | 1,100.00 | NA | NA | 0.00 |
| | Hydrovac Excavation 11109 Fathke Rd Crown Point, IN 46307 | | 1,260.00 | NA | NA | 0.00 |
| | ICI Paints 21033 Network Pl Chicago, IL 60673-1210 | | 76.59 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- | --- |
| | Imperial Marble Corp. 327 E LaSalle St Somonauk, IL 60552 | | 591.25 | NA | NA | 0.00 |
| | J&D Door Sales, Inc 200 E Second St PO Box 245 Big Rock, IL 60511 | | 18,341.00 | NA | NA | 0.00 |
| | J&R Herra, Inc. c/o Leslie G. Bleifuss PO Box 8011, 138 N Main St Elburn, IL 60119 | | 13,085.95 | NA | NA | 0.00 |
| | JC Licht and Company 24196 Network Pl Chicago, IL 60673 | | 287.70 | NA | NA | 0.00 |
| | JSPaluch Co, Inc PO Box 2703 Schiller Park, IL 60176 | | 109.84 | NA | NA | 0.00 |
| | Jim Teran Concrete, Inc 1547 E Hill Ave Wheaton, IL 60187 | | 32,072.88 | NA | NA | 0.00 |
| | K&G Custom A/V Inc 277 Elk Trail Carol Stream, IL 60188 | | 7,633.73 | NA | NA | 0.00 |
| | Kenrose Service Inc PO Box 87135 Carol Stream, IL 60188 | | 480.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kondaur Capital Corp, assignee c/o Heavner Scott Beyers & Mihlar, PO Box 740 Decatur, IL 62525 | | 171,271.77 | NA | NA | 0.00 |
| | Menards HSBC Business Solutions P.O. Box 4160 Carol Stream, IL 60197-4160 | | 10,660.34 | NA | NA | 0.00 |
| | Mendel Plumbing & Heating Inc c/o John G Neal PO Box 1596 Powell, OH 43065-1596 | | 1,372.25 | NA | NA | 0.00 |
| | Mooney & Thomas 2111 W. Plum St. PO Box 312 Aurora, IL 60507 | | 7,805.00 | NA | NA | 0.00 |
| | Naperville Construction Fence Renta PO Box 6712 Naperville, IL 60567 | | 822.49 | NA | NA | 0.00 |
| | Nicor Gas Attn Bankruptcy Dept 1844 W Ferry Rd Naperville, IL 60563 | | 1,297.81 | NA | NA | 0.00 |
| | Nicor Gas Attn Bankruptcy Dept 1844 W Ferry Rd Naperville, IL 60563 | | 139.99 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nicor Gas Attn Bankruptcy Dept 1844 W Ferry Rd Naperville, IL 60563 | | 1,152.32 | NA | NA | 0.00 |
| | Parco Excavating Inc 810 Hanson Batavia, IL 60510 | | 3,000.00 | NA | NA | 0.00 |
| | Parvin-Clauss Sign Company c/o Barry Serota & Assoc PO Box 1008 Arlington Heights, IL 60006 | | 777.70 | NA | NA | 0.00 |
| | Premier Exteriors c/o Joseph R Voiland 1625 Wing Rd Yorkville, IL 60560 | | 6,390.00 | NA | NA | 0.00 |
| | Prestige Plumbing, Inc 11 John St North Aurora, IL 60542 | | 9,322.25 | NA | NA | 0.00 |
| | Print Perfect, Inc 431 N Raddant Rd Batavia, IL 60510 | | 160.00 | NA | NA | 0.00 |
| | ProBuild - Yorkville 204 W Wheaton Ave Yorkville, IL 60560 | | 33,667.40 | NA | NA | 0.00 |
| | Romos Masonry, Inc 12400 S Laflin Riverdale, IL 60827 | | 74,705.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | SWH Architects, Ltd 890 Longview Ct Sugar Grove, IL 60554 | | 5,850.00 | NA | NA | 0.00 |
| | Safeguard Sealcoating, Inc. c/o George E Richeson 1450 W Main St Ste C Saint Charles, IL 60174 | | 3,625.00 | NA | NA | 0.00 |
| | Signature Stairs of D&D Woodworking 176 Commercial Dr #C Yorkville, IL 60560 | | 17,888.00 | NA | NA | 0.00 |
| | Single Source Electric 37W743 Cigrand Ct Batavia, IL 60510 | | 50,335.00 | NA | NA | 0.00 |
| | Southfield Corp dba IL Brick Co c/o Elizabeth J. Boddy 111 E Wacker Dr Ste 2800 Chicago, IL 60601 | | 18,712.49 | NA | NA | 0.00 |
| | St. Joseph Construction, Inc c/o Dreyer, Foote, Streit, et al 1999 W Downer Pl Aurora, IL 60506 | | 27,137.50 | NA | NA | 0.00 |
| | Step One Stairworks, Inc c/o Stephen L Krentz 100 W Main St Plano, IL 60545 | | 19,111.88 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Stock Building Supply 1331 David Rd Elgin, IL 60123 | | 11,961.54 | NA | NA | 0.00 |
| | Stokes Excavating, Inc c/o John P Duggan 181 S Lincolnway North Aurora, IL 60542 | | 54,529.00 | NA | NA | 0.00 |
| | Sury Painting, Inc 3225 St Michel Ln Saint Charles, IL 60175 | | 1,070.00 | NA | NA | 0.00 |
| | Ten Talents, Inc c/o Norman H Lehrer, PC 429 W Wesley Wheaton, IL 60187 | | 15,850.00 | NA | NA | 0.00 |
| | The Home Depot/CBSD PO Box 653002 Dallas, TX 75265-3002 | | 8,329.15 | NA | NA | 0.00 |
| | Warrens Backhoe Bobcat PO Box 176 Sugar Grove, IL 60554 | | 36,018.28 | NA | NA | 0.00 |
| | Waste Management 1411 Opus Place, Ste. 400 Downers Grove, IL 60515 | | 882.64 | NA | NA | 0.00 |
| | Wehrlie Home Appliances 500 W 5th Ave Naperville, IL 60563 | | 5,589.99 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Weiss Insurance Agency 31W680 Army Trail Rd Wayne, IL 60184 | | 3,162.00 | NA | NA | 0.00 |
| | West Chicago Custom Countertops Inc c/o Paul L Greviskes PO Box 393, 109 E Wilson St Batavia, IL 60510 | | 9,536.75 | NA | NA | 0.00 |
| | Wheaton Sanitary District P.O. Box 1389 Wheaton, IL 60187-1389 | | 50.14 | NA | NA | 0.00 |
| | Wheaton Sanitary District P.O. Box 1389 Wheaton, IL 60187-1389 | | 83.96 | NA | NA | 0.00 |
| | Wheaton Trenching, Inc 1306 Pierson Dr Batavia, IL 60510 | | 10,853.00 | NA | NA | 0.00 |
| 12 | Baldwin Cooke | 7100-000 | NA | 987.11 | 987.11 | 0.00 |
| 19 | Blackberry Hill Homeowner's Assn | 7100-000 | NA | 1,530.00 | 1,530.00 | 0.00 |
| 6 | City Wide Insulation Of Madison, In | 7100-000 | NA | 10,655.00 | 10,655.00 | 0.00 |
| 14 | Com Ed | 7100-000 | NA | 1,265.70 | 1,265.70 | 0.00 |
| 15C | Department Of The Treasury | 7100-000 | NA | 25,995.08 | 25,995.08 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 18 | George D. Kackert | 7100-000 | NA | 3,414,144.39 | 3,414,144.39 | 0.00 |
| 9 | Hydrovac Excavation | 7100-000 | NA | 1,260.00 | 1,260.00 | 0.00 |
| 1B | Illinois Department Of Employment S | 7100-000 | NA | 315.00 | 315.00 | 0.00 |
| 7B | Illinois Department Of Revenue | 7100-000 | NA | 1,007.23 | 1,007.23 | 0.00 |
| 23 | J&D Door Sales, Inc | 7100-000 | NA | 8,651.00 | 8,651.00 | 0.00 |
| 5 | Parvin-Clauss Sign Company Inc | 7100-000 | NA | 707.00 | 707.00 | 0.00 |
| 8 | Parvin-Clauss Sign Company Inc | 7100-000 | NA | 707.00 | 707.00 | 0.00 |
| 3 | Premier Exteriors | 7100-000 | NA | 6,390.00 | 6,390.00 | 0.00 |
| 21B | Probuild - Yorkville | 7100-000 | NA | 1,220.54 | 1,220.54 | 0.00 |
| 10B | Safeguard Sealcoating, Inc. | 7100-000 | NA | 2,835.28 | 2,835.28 | 0.00 |
| 2 | Southfield Corporation D/B/A | 7100-000 | NA | 17,979.60 | 17,979.60 | 0.00 |
| 24 | Southfield Corporation D/B/A | 7100-000 | NA | 17,994.97 | 17,994.97 | 0.00 |
| 20 | Step One Stairworks, Inc | 7100-000 | NA | 19,111.88 | 19,111.88 | 0.00 |
| 4 | Tom's Construction Co Inc | 7100-000 | NA | 4,800.00 | 4,800.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | West Chicago Custom Countertops Inc | 7100-000 | NA | 9,536.75 | 9,536.75 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 844,135.69 | $ 3,547,093.53 | $ 3,547,093.53 | $ 0.00 |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit 8

Case No: 09-27209 MB Judge: Manuel Barbosa
Case Name: KACKERT ASSOCIATES, INC.

For Period Ending: 09/18/12

Trustee Name: THOMAS E. SPRINGER, TRUSTEE
Date Filed (f) or Converted (c): 07/28/09 (f)
341(a) Meeting Date: 09/22/09
Claims Bar Date: 01/28/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Property located at 216 E. Franklin St. Wheaton, IL This property is a vacant lot (i.e., Lot #4) | 250,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Property located at 1755 Shaffner, Wheaton, IL This property is a spec home that is 75% completed | 600,000.00 | 0.00 | DA | 0.00 | FA |
| 3. Property located at 101 Goldenrod, Sugar Grove, IL This property is a completed home. The property was placed in foreclosure in May of 2009 | 600,000.00 | 0.00 | DA | 0.00 | FA |
| 4. Property located at 228 E. Franklin Wheaton, IL. The property is also a spec home that is 75% completed. This property was quit-claimed to Patrick J. Kackert and Antoinette S. Kackert for purposes of a construction loan.) As of 1/11/11, property listed for sale for $700,000 and mortgage balance was in excess of $881,000 in 9/09. | 0.00 | 0.00 | DA | 0.00 | FA |
| 5. Property located 605 Thornwood Dr, Napverville. This propery was quit-claimed to Kacker Brothers Management, LLC in 1/2008 for purposes of a construction loan. The property is in foreclosure in DuPage Co., IL | 700,000.00 | 0.00 | DA | 0.00 | FA |
| 6. 2004 Chevy Tahoe (88,000 mi) | 2,000.00 | 1,750.00 | | 1,750.00 | FA |
| 7. 2004 Chevy Silverado (39,800 mi.) | 6,000.00 | 1,750.00 | | 1,750.00 | FA |
| 8. 2000 Ford Pick Up F250 (110,000 mi) | 2,000.00 | 1,750.00 | | 1,750.00 | FA |
| 9. 1998 Chevy Pick Z71 (90,000) | 500.00 | 1,750.00 | | 1,750.00 | FA |
| 10. Case 1845 Skid loader/forklift | 2,000.00 | 3,000.00 | | 3,000.00 | FA |
| 11. Misc computer and office equipment including 1 | 500.00 | 0.00 | DA | 0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES



Exhibit 8

Case No: 09-27209 MB Judge: Manuel Barbosa
Case Name: KACKERT ASSOCIATES, INC.

Trustee Name: THOMAS E. SPRINGER, TRUSTEE
Date Filed (f) or Converted (c): 07/28/09 (f)
341(a) Meeting Date: 09/22/09
Claims Bar Date: 01/28/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| file cabinet, desk and chair. | | | | | |
| 12. Misc used hand tools and power tools used in construction business | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 13. Post-Petition Interest Deposits (u) | Unknown | N/A | | 5.05 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $2,164,000.00 | $10,000.00 | | $10,005.05 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Estate tax returns filed and acceptance letter just received from the IRS for same. Objections to claims/Motions to value secured claims need to be filed. After claims objections resolved, the Final Report will be filed.

Initial Projected Date of Final Report (TFR): 09/15/10 Current Projected Date of Final Report (TFR): 03/15/12

FORM 2

Page: 1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 09-27209 -MB
Case Name: KACKERT ASSOCIATES, INC.

Taxpayer ID No: *******2380
For Period Ending: 09/18/12

Trustee Name: THOMAS E. SPRINGER, TRUSTEE
Bank Name: BANK OF AMERICA
Account Number / CD #: *******0614 MONEY MARKET

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/13/09 | 10 | Chase<br>c/o Jim Teran Concrete, Inc.<br>1547 E. Hill Avenue<br>Wheaton, IL 60187 | Sale of estate's interest in<br>1845 -Skid loader | 1129-000 | 3,000.00 | | 3,000.00 |
| 11/13/09 | * NOTE * | Restoration Techs, Inc.<br>P.O. Box 5176<br>Aurora, IL 60507 | Purchase of assets #6, 7,8<br>and 9 pursuant to Order approving sale entered<br>11/12/10<br>* NOTE * Properties 6, 7, 8, 9 | 1129-000 | 7,000.00 | | 10,000.00 |
| 11/30/09 | 13 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.11 | | 10,000.11 |
| 12/31/09 | 13 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.25 | | 10,000.36 |
| 01/29/10 | 13 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.25 | | 10,000.61 |
| 02/09/10 | 000100 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA 70139 | Portion on Blanket Bond #016026455 | 2300-000 | | 9.13 | 9,991.48 |
| 02/26/10 | 13 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.23 | | 9,991.71 |
| 03/31/10 | 13 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.26 | | 9,991.97 |
| 04/30/10 | 13 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.25 | | 9,992.22 |
| 05/28/10 | 13 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.25 | | 9,992.47 |
| 06/30/10 | 13 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.25 | | 9,992.72 |
| 07/30/10 | 13 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.25 | | 9,992.97 |
| 08/31/10 | 13 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.26 | | 9,993.23 |
| 09/30/10 | 13 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.25 | | 9,993.48 |
| 10/29/10 | 13 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.25 | | 9,993.73 |
| 11/30/10 | 13 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.25 | | 9,993.98 |
| 12/31/10 | 13 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.25 | | 9,994.23 |
| 01/31/11 | 13 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.25 | | 9,994.48 |
| 02/28/11 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,994.56 |

Page Subtotals 10,003.69 9.13

Ver: 16.06f

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 09-27209 -MB
Case Name: KACKERT ASSOCIATES, INC.

Taxpayer ID No: *******2380
For Period Ending: 09/18/12

Trustee Name: THOMAS E. SPRINGER, TRUSTEE
Bank Name: BANK OF AMERICA
Account Number / CD #: *******0614 MONEY MARKET

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/31/11 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,994.64 |
| 04/26/11 | 000101 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA 70139 | Portion on Blanket Bond #016026455 | 2300-000 | | 8.29 | 9,986.35 |
| 04/29/11 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,986.43 |
| 05/31/11 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.09 | | 9,986.52 |
| 06/30/11 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,986.60 |
| 07/29/11 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,986.68 |
| 08/31/11 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.09 | | 9,986.77 |
| 09/30/11 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,986.85 |
| 10/31/11 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,986.93 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 12.72 | 9,974.21 |
| 11/30/11 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,974.29 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 12.30 | 9,961.99 |
| 12/30/11 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,962.07 |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 12.28 | 9,949.79 |
| 01/31/12 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.09 | | 9,949.88 |
| 01/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 13.05 | 9,936.83 |
| 02/15/12 | 000102 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA 70139 | Blanket Bond ; Bond #016026455 | 2300-000 | | 9.89 | 9,926.94 |
| 02/29/12 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,927.02 |
| 02/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 11.81 | 9,915.21 |
| 03/30/12 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,915.29 |
| 03/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 12.19 | 9,903.10 |
| 04/30/12 | 13 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.08 | | 9,903.18 |
| 04/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 12.58 | 9,890.60 |
| | | | | Page Subtotals | 1.15 | 105.11 | |

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 09-27209 -MB
Case Name: KACKERT ASSOCIATES, INC.

Taxpayer ID No: *******2380
For Period Ending: 09/18/12

Trustee Name: THOMAS E. SPRINGER, TRUSTEE
Bank Name: BANK OF AMERICA
Account Number / CD #: *******0614 MONEY MARKET

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/31/12 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,890.68 |
| 06/29/12 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,890.76 |
| 07/17/12 | 13 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 9,890.81 |
| 07/17/12 | | Transfer to Acct #*******1932 | Final Posting Transfer | 9999-000 | | 9,890.81 | 0.00 |

| | Deposits ($) | Disbursements ($) | Balance ($) |
|---|---|---|---|
| COLUMN TOTALS | 10,005.05 | 10,005.05 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 9,890.81 | |
| Subtotal | 10,005.05 | 114.24 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 10,005.05 | 114.24 | |

| | Deposits ($) | Disbursements ($) |
|---|---|---|
| Page Subtotals | 0.21 | 9,890.81 |

Ver: 16.06f

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 09-27209 -MB
Case Name: KACKERT ASSOCIATES, INC.

Taxpayer ID No: *******2380
For Period Ending: 09/18/12

Trustee Name: THOMAS E. SPRINGER, TRUSTEE
Bank Name: BANK OF AMERICA
Account Number / CD #: *******1932 GENERAL CHECKING

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/17/12 | | Transfer from Acct #*******0614 | Transfer In From MMA Account | 9999-000 | 9,890.81 | | 9,890.81 |
| 07/17/12 | 001000 | THOMAS E. SPRINGER, TRUSTEE<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Chapter 7 Compensation/Fees | 2100-000 | | 1,750.48 | 8,140.33 |
| 07/17/12 | 001001 | Thomas E. Springer<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Attorney for Trustee Fees (Trustee | | | 4,546.08 | 3,594.25 |
| | | | Fees 4,440.00 | 3110-000 | | | |
| | | | Expenses 106.08 | 3120-000 | | | |
| 07/17/12 | 001002 | Alan S. Horewitch, CPA<br>2150 E. Lake Cook Road<br>Suite 560<br>Buffalo Grove, IL 60089 | Accountant for Trustee Fees (Other | 3410-000 | | 1,860.00 | 1,734.25 |
| 07/17/12 | 001003 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114-0326 | Claim 15B, Payment 1.29492% | 5800-000 | | 1,506.17 | 228.08 |
| 07/17/12 | 001004 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>flr. | Claim 1A, Payment 1.29495% | 5800-000 | | 95.77 | 132.31 |
| 07/17/12 | 001005 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Claim 7A, Payment 1.29487% | 5800-000 | | 132.31 | 0.00 |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 9,890.81 | 9,890.81 |

FORM 2



**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 09-27209 -MB
Case Name: KACKERT ASSOCIATES, INC.

Taxpayer ID No: *******2380
For Period Ending: 09/18/12

Trustee Name: THOMAS E. SPRINGER, TRUSTEE
Bank Name: BANK OF AMERICA
Account Number / CD #: *******1932 GENERAL CHECKING

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | COLUMN TOTALS | | 9,890.81 | 9,890.81 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 9,890.81 | 0.00 | |
| | | | Subtotal | | 0.00 | 9,890.81 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 9,890.81 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET - ********0614 | 10,005.05 | 114.24 | 0.00 |
| GENERAL CHECKING - ********1932 | 0.00 | 9,890.81 | 0.00 |
| | 10,005.05 | 10,005.05 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |